## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | |
|---|---|
| 1. Debtor's name | **Joseph G. Baba, D.D.S., P.A.** |

| | |
|---|---|
| 2. All other names debtor used in the last 8 years <br><br> Include any assumed names, trade names, and *doing business as names* | **TMJ & Sleep Therapy Centre of Kansas** |

| | |
|---|---|
| 3. Debtor's federal Employer Identification Number (EIN) | __4__ __8__ – __1__ __0__ __4__ __9__ __4__ __5__ __6__ |

**4. Debtor's address**

**Principal place of business**

**4620 E Douglas**
Number       Street

**Wichita, KS 67208**
City                                State       ZIP Code

**Sedgwick**
County

**Mailing address, if different from principal place of business**

Number       Street

City                                State       ZIP Code

**Location of principal assets, if different from principal place of business**

Number       Street

City                                State       ZIP Code

| | |
|---|---|
| 5. Debtor's website (URL) | **https://tmjict.com/** |

**6. Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

**7. Describe debtor's business**

A. *Check one:*

☑ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. §101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. §781(3))

☐ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes .

**6  2  1  2**

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check all that apply:*

☑ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

☑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No

☐ Yes. District _____ When _____ Case number _____
                                        MM / DD / YYYY

District _____ When _____ Case number _____
                                  MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☑ No

☐ Yes. Debtor _____ Relationship _____

District _____ When _____
                                  MM / DD / YYYY

Case number, if known _____

| 11. Why is the case filed in *this district*? | *Check all that apply:* |
|---|---|
| | ☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district. |
| | ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

| | |
|---|---|
| Number | Street |
| | |
| City | State | ZIP Code |

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency _____

Contact name _____

Phone _____

# Statistical and administrative information

**13. Debtor's estimation of available funds?**

*Check one:*

☐ Funds will be available for distribution to unsecured creditors.

☑ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

| ☑ 1-49 | ☐ 50-99 | ☐ 1,000-5,000 | ☐ 5,001-10,000 | ☐ 25,001-50,000 | ☐ 50,000-100,000 |
|---|---|---|---|---|---|
| ☐ 100-199 | ☐ 200-999 | ☐ 10,001-25,000 | | ☐ More than 100,000 | |

**15. Estimated assets**

| ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
|---|---|---|
| ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☑ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

- [ ] $0-$50,000
- [ ] $50,001-$100,000
- [ ] $100,001-$500,000
- [ ] $500,001-$1 million
- [ ] $10,000,001-$50 million
- [ ] $50,000,001-$100 million
- [ ] $100,000,001-$500 million
- [x] $1,000,001-$10 million
- [ ] $500,000,001-$1 billion
- [ ] $1,000,000,001-$10 billion
- [ ] $10,000,000,001-$50 billion
- [ ] More than $50 billion

## Request for Relief, Declaration, and Signatures

**WARNING --**    Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.
- I have been authorized to file this petition on behalf of the debtor.
- I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **07/28/2025**

MM/ DD/ YYYY

**X**   **/s/ Mark J McLaren**                        **Mark J McLaren**

Signature of authorized representative of debtor        Printed name

Title      **President**

**18. Signature of attorney**

**X**    **/s/ January M Bailey**      Date **07/28/2025**

Signature of attorney for debtor                 MM/ DD/ YYYY

**January M Bailey**

Printed name

**Prelle Eron & Bailey, P.A.**

Firm name

**301 N Main St Ste 2000**

Number      Street

**Wichita**                            **KS**      **67202-4820**

City                                     State      ZIP Code

**(316) 262-5500**                   **january@eronlaw.net**

Contact phone                           Email address

**23926**                                 **KS**

Bar number                                  State

**Fill in this information to identify the case:**

Debtor Name  **Joseph G. Baba, D.D.S., P.A.**

United States Bankruptcy Court for the: District of  **Kansas**
(State)

Case number (If known):

☐ Check if this is an amended filing

## Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property

12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

**1.** **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
| --- | --- |

**2.** **Cash on hand** _____

**3.** **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- |
| 3.1. **Emprise Bank** | **Checking account** | **2 7 3 0** | **$0.00** |
| 3.2. **Intrust Bank** | **Checking account** | **0 3 8 6** | **$2,131.34** |
| 3.3. **Emprise Bank** | **Money market account** | **7 3 1 7** | **$0.00** |

**4.** **Other cash equivalents** *(Identify all)*

4.1 _____  _____

4.2 _____  _____

**5.** **Total of Part 1**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80. | **$2,131.34** |

| Part 2: | Deposits and prepayments |
| --- | --- |

**6.** **Does the debtor have any deposits or prepayments?**

☑ No. Go to Part 3.
☐ Yes. Fill in the information below.

| | Current value of debtor's interest |
| --- | --- |

**7.** **Deposits, including security deposits and utility deposits**

Description, including name of holder of deposit

7.1 _____    _____

7.2 _____    _____

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

   Description, including name of holder of prepayment

   8.1 _____    _____

   8.2 _____    _____

9. **Total of Part 2**

   Add lines 7 through 8. Copy the total to line 81.            _____

---

| Part 3: | Accounts receivable |
|---------|---------------------|

10. **Does the debtor have any accounts receivable?**

    ☐ No. Go to Part 4.

    ☑ Yes. Fill in the information below.

    |  | Current value of debtor's interest |
    |--|-----------------------------------|

11. **Accounts receivable**

    | | face amount | | doubtful or uncollectible accounts | | Current value of debtor's interest |
    |--|------------|--|-----------------------------------|--|-----------------------------------|
    | 11a. 90 days old or less: | $157,604.00 | - | $7,880.20 | =....➜ | $149,723.80 |
    | 11b. Over 90 days old: | | - | | =....➜ | |

12. **Total of Part 3**

    Current value on lines 11a + 11b = line 12. Copy the total to line 82.      $149,723.80

---

| Part 4: | Investments |
|---------|-------------|

13. **Does the debtor own any investments?**

    ☑ No. Go to Part 5.

    ☐ Yes. Fill in the information below.

    | | Valuation method used for current value | Current value of debtor's interest |
    |--|----------------------------------------|-----------------------------------|

14. **Mutual funds or publicly traded stocks not included in Part 1**

    Name of fund or stock:

    | 14.1 | _____ | _____ | _____ |
    |------|-------------------------|-----------------|-----------------|
    | 14.2 | _____ | _____ | _____ |

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

    Name of entity:             % of ownership:

    | 15.1. | _____ | _____ | _____ | _____ |
    |-------|-------------------------|-----------|------------------|-----------------|
    | 15.2. | _____ | _____ | _____ | _____ |

**16.** **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

16.1 _____

16.2 _____

**17.** **Total of Part 4**

Add lines 14 through 16. Copy the total to line 83.

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

**18.** **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.

☑ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19. Raw materials** | | | | |
| _____ | MM / DD / YYYY | _____ | _____ | _____ |
| **20. Work in progress** | | | | |
| _____ | MM / DD / YYYY | _____ | _____ | _____ |
| **21. Finished goods, including goods held for resale** | | | | |
| _____ | MM / DD / YYYY | _____ | _____ | _____ |
| **22. Other inventory or supplies** | | | | |
| **Supplements** | MM / DD / YYYY | **unknown** | _____ | **$1,250.00** |

**23.** **Total of Part 5**

Add lines 19 through 22. Copy the total to line 84.     **$1,250.00**

**24.** **Is any of the property listed in Part 5 perishable?**

☑ No

☐ Yes

**25.** **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☑ No

☐ Yes.   Book value _____   Valuation method _____   Current value _____

**26.** **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☑ No

☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28. **Crops—either planted or harvested** | | | |
| 29. **Farm animals** *Examples:* Livestock, poultry, farm-raised fish | | | |
| 30. **Farm machinery and equipment** (Other than titled motor vehicles) | | | |
| 31. **Farm and fishing supplies, chemicals, and feed** | | | |
| 32. **Other farming and fishing-related property not already listed in Part 6** | | | |

33. **Total of Part 6**

Add lines 28 through 32. Copy the total to line 85.

_____

34. **Is the debtor a member of an agricultural cooperative?**

☑ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

   ☐ No

   ☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☑ No

☐ Yes.  Book value _____  Valuation method _____  Current value _____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

☑ No

☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☑ No

☐ Yes

**Part 7:**    Office furniture, fixtures, and equipment; and collectibles

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39.** **Office furniture** | | | |
| General Office Furniture/Appliances | $0.00 | Resale value | $3,695.00 |
| **40.** **Office fixtures** | | | |
| **41.** **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| Dental Room and Lab Equipment | unknown | | $112,030.00 |
| Fotona Laser - PMSI to TIAA | unknown | Resale | $8,500.00 |
| **42.** **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1 | | | |
| 42.2 | | | |
| 42.3 | | | |
| **43.** **Total of Part 7** Add lines 39 through 42. Copy the total to line 86. | | | $124,225.00 |

**44.** **Is a depreciation schedule available for any of the property listed in Part 7?**

☑ No

☐ Yes

**45.** **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☑ No

☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

**46.** **Does the debtor own or lease any machinery, equipment, or vehicles?**

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47.** **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1 | | | |
| 47.2 | | | |
| 47.3 | | | |

**Dental Room and Lab Equipment**

| Quantity | Equipment | Value Each | Total Value |
|---|---|---|---|
| 4 | 12 O'clock | $ 1,000.00 | $ 4,000.00 |
| 1 | **2 Trios scanner with Laptop** | $ 15,000.00 | $ 15,000.00 |
| 4 | 541 unit | $ 1,600.00 | $ 6,400.00 |
| 1 | **Air Star 30** | $ 3,784.00 | $ 3,784.00 |
| 6 | Assistant's Stool | $ 1,100.00 | $ 6,600.00 |
| 1 | Centrifuge | $ 1,725.00 | $ 1,725.00 |
| 3 | Chair Adec 1021 | $ 3,000.00 | $ 9,000.00 |
| 1 | Chair Adec 511 | $ 8,300.00 | $ 8,300.00 |
| 2 | Chair barber chair | $ - | $ - |
| 1 | Dentronix heat sterlizer | $ 3,557.00 | $ 3,557.00 |
| 6 | Dr Stool | $ 800.00 | $ 4,800.00 |
| 1 | **I-Cat** | $ 30,000.00 | $ 30,000.00 |
| 1 | Lathe | $ 595.00 | $ 595.00 |
| 4 | Light Adec 6300 | $ 800.00 | $ 3,200.00 |
| 1 | MCC Cart | $ 400.00 | $ 400.00 |
| 1 | micro Cab | $ 244.00 | $ 244.00 |
| 1 | **Midmark CV3R** | $ 1,746.00 | $ 1,746.00 |
| 1 | model trimmer | $ 673.00 | $ 673.00 |
| 6 | Monitor mount | $ 800.00 | $ 4,800.00 |
| 1 | PRF HEAT | $ 1,025.00 | $ 1,025.00 |
| 1 | rotex | $ 237.00 | $ 237.00 |
| 1 | Statim 5000 | $ 3,815.00 | $ 3,815.00 |
| 1 | Ultrasonic | $ 1,809.00 | $ 1,809.00 |
| 1 | vacum former | $ 320.00 | $ 320.00 |

**Total - NON PMSI**              $ 112,030.00

| | | | |
|---|---|---|---|
| 1 | Fotona Laser | $ 8,500.00 | $ 8,500.00 |

TOTAL ALL EQUIPMENT              $ 120,530.00

**General Office Furniture/Appliances**

| Appliances | Estimated value | Quantity | Total Value |
|---|---:|---:|---:|
| Toaster oven | $40 | 1 | $40 |
| Under counter dishwasher (very old) | $0 | 1 | $0 |
| Washer/dryer combo (has mold) | $0 | 1 | $0 |
| Frigidaire refrigerator | $300 | 1 | $300 |
| Sharp microwave | $20 | 1 | $20 |
| Water filter/cooler | $200 | 1 | $200 |
| Patient coffee maker | $300 | 1 | $300 |
| | | | |
| Furniture | | | |
| Plastic folding table | $50 | 2 | $100 |
| Wire shelves | $40 | 2 | $80 |
| Large metal shelf | $100 | 1 | $100 |
| Small metal shelf | $50 | 1 | $50 |
| Plastic shelf | $20 | 1 | $20 |
| 4-drawer metal filing cabinet | $40 | 1 | $40 |
| 3-drawer metal filing cabinet | $30 | 3 | $90 |
| 2-drawer metal filing cabinet | $25 | 1 | $25 |
| Padded folding chairs | $15 | 20 | $300 |
| L-shaped wooden desk | $250 | 1 | $250 |
| Wooden desk | $200 | 1 | $200 |
| Waiting room seating (3 chairs, 2 benches) | $300 | 1 | $300 |
| Wooden side table | $10 | 2 | $20 |
| Glass/metal side table | $50 | 1 | $50 |
| Padded metal chairs | $50 | 6 | $300 |
| Metal/glass display table | $50 | 2 | $100 |
| Round breakroom table | $200 | 1 | $200 |
| Small wooden shelf | $20 | 1 | $20 |
| Microwave stand | $20 | 1 | $20 |
| Employee locker cabinet | $150 | 1 | $150 |
| Rolling desk chairs | $30 | 14 | $420 |
| | | | $3,695 |

47.4 _____   _____   _____   _____

48. **Watercraft, trailers, motors, and related accessories** Examples:
    Boats, trailers, motors, floating homes, personal watercraft, and fishing
    vessels

    48.1 _____   _____   _____   _____

    48.2 _____   _____   _____   _____

49. **Aircraft and accessories**

    49.1 _____   _____   _____   _____

    49.2 _____   _____   _____   _____

50. **Other machinery, fixtures, and equipment (excluding farm
    machinery and equipment)**

    _____   _____   _____   _____

51. **Total of Part 8**

    Add lines 47 through 50. Copy the total to line 87.

    ┌─────────────┐
    │ _____ │
    └─────────────┘

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

    ☑ No

    ☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

    ☑ No

    ☐ Yes

| Part 9: | Real property |
|---------|---------------|

54. **Does the debtor own or lease any real property?**

    ☑ No. Go to Part 10.

    ☐ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1 _____ | _____ | _____ | _____ | _____ |
| 55.2 _____ | _____ | _____ | _____ | _____ |
| 55.3 _____ | _____ | _____ | _____ | _____ |
| 55.4 _____ | _____ | _____ | _____ | _____ |
| 55.5 _____ | _____ | _____ | _____ | _____ |
| 55.6 _____ | _____ | _____ | _____ | _____ |

| 56. | **Total of Part 9** | | | | |
| --- | --- | --- | --- | --- | --- |

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

56. has a box for the total on the right.

57. **Is a depreciation schedule available for any of the property listed in Part 9?**

☑ No
☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☑ No
☐ Yes

| **Part 10:** | Intangibles and intellectual property |
| --- | --- |

59. **Does the debtor have any interests in intangibles or intellectual property?**

☑ No. Go to Part 11.
☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- |
| 60. **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61. **Internet domain names and websites** | | | |
| 62. **Licenses, franchises, and royalties** | | | |
| 63. **Customer lists, mailing lists, or other compilations** | | | |
| 64. **Other intangibles, or intellectual property** | | | |
| 65. **Goodwill** | | | |

66. **Total of Part 10**

Add lines 60 through 65. Copy the total to line 89.

66. has a box for the total on the right.

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**

☑ No
☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☑ No
☐ Yes

Case 25-10771    Doc# 1    Filed 07/28/25    Page 13 of 61

---

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☑ No

☐ Yes

| **Part 11:** | All other assets |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.

☑ Yes. Fill in the information below.

|  | **Current value of debtor's interest** |
|---|---|

71. **Notes receivable**

Description (include name of obligor)

| Loan to Shareholder for Purchase of Company | $1,642,813.43 — $1,642,813.43 = ➔ | $0.00 |
|---|---|---|
|  | Total face amount     doubtful or uncollectible amount | |

72. **Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

_____  Tax year _____  _____

_____  Tax year _____  _____

_____  Tax year _____  _____

73. **Interests in insurance policies or annuities**

| Disability Policy through Lloyds | $0.00 |
|---|---|
| Medical Protective Liability Insurance | $0.00 |
| Business Liability Insurance through Farmers | $0.00 |

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

_____

Nature of claim  _____

Amount requested  _____

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

_____

Nature of claim  _____

Amount requested  _____

76. **Trusts, equitable or future interests in property**

_____  _____

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

_____

_____

            _____

            _____

78. **Total of Part 11**

Add lines 71 through 77. Copy the total to line 90.        **$0.00**

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☑ No

☐ Yes

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form.**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $2,131.34 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $149,723.80 | |
| 83. **Investments.** *Copy line 17, Part 4.* | | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $1,250.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $124,225.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | | |
| 88. **Real property.** *Copy line 56, Part 9.*.................................... ➔ | | _____ |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** *Add lines 80 through 90 for each column*..........................91a. | $277,330.14 | **+** 91b. _____ |
| 92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. ............................................................ | | $277,330.14 |

☐ Check if this is an
amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property    12/15

**Be as complete and accurate as possible.**

1. **Do any creditors have claims secured by debtor's property?**
   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☑ Yes. Fill in all of the information below.

| **Part 1:** | List Creditors Who Have Secured Claims |
| --- | --- |

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
| --- | --- | --- | --- |

**2.1** **Creditor's name**

**Bankers Healthcare Group, LLC**

**Creditor's mailing address**

**Attn Officer or Agent**

**13910 S Brougham Drive**

**Olathe, KS 66062**

**Creditor's email address, if known**

_____

**Date debt was incurred**    **11/7/2022**

**Last 4 digits of account number**    **2  1  0  3**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor, and its relative priority.

_____

**Describe debtor's property that is subject to a lien**

_____

_____

**Describe the lien**

_____

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Amount of claim | Value of collateral |
| --- | --- |
| $339,800.37 | unknown |

**Remarks:** Accounts Receivables, Inventory, Instruments, Equipment, Intangibles, Accounts, Chattel Paper, Good Will, Specific Property and All Property of Debtor and all proceeds thereof

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    **$2,430,827.35**

| Part 1: | Additional Page | | Column A | Column B |
|---|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

Column A
**Amount of claim**
Do not deduct the value of collateral.

Column B
**Value of collateral that supports this claim**

**2.2**   **Creditor's name**

    **Bankers Healthcare Group, LLC**

**Creditor's mailing address**

    **Attn Officer or Agent**

    **13910 S Brougham Drive**

    **Olathe, KS 66062**

**Creditor's email address, if known**

_____

Date debt was incurred     **5/25/2023**

Last 4 digits of account    **5   4   6   2**
number

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

    ☐ No.   Specify each creditor, including this creditor, and its relative priority.

      _____

    ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

_____

_____

_____

**Describe the lien**

_____

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

Amount of claim: **$379,670.62**

Value of collateral: **unknown**

**Remarks:** Accounts Receivables, Inventory, Instruments, Equipment, Intangibles, Accounts, Chattel Paper, Good Will, Specific Property and All Property of Debtor and all proceeds thereof

| Part 1: | Additional Page | Column A | Column B |
|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

Column A
Amount of claim
Do not deduct the value of collateral.

Column B
Value of collateral that supports this claim

**2.3**

**Creditor's name**

**Emprise Bank**

**Creditor's mailing address**

**Attn Officer**

**257 N Broadway St**

**Wichita, KS 67202**

**Creditor's email address, if known**

_____

Date debt was incurred    **12/30/2021**

Last 4 digits of account number    **0  7  9  4**

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

  ☐ No.  Specify each creditor, including this creditor, and its relative priority.

    _____

    _____

  ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

Accounts Receivable, Dental Room and Lab Equipment, Emprise Bank, Emprise Bank, General Office Furniture/Appliances, Disability Policy through Lloyds

**Describe the lien**

_____

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

**$1,047,626.12**          **$265,448.80**

**Remarks:** S/A 12/30/2021 - All Inventory, Chattel Paper, Account, Equipment, General Intangibles
Disability Insurance Policy
Life Insurance Policy (American General)(owned by Mark McLaren)
Life Insurance Policy (American General)(owned by Mark McLaren)

| Part 1: | Additional Page | Column A | Column B |
|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| Column A | Column B |
|---|---|
| **Amount of claim**<br>Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

**2.4** Creditor's name

**Emprise Bank**

**Creditor's mailing address**

**Attn Officer**

**257 N Broadway St**

**Wichita, KS 67202**

**Creditor's email address, if known**

_____

Date debt was incurred    **12/30/2021**

Last 4 digits of account number   **0 8 0 8**

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

    ☐ No.   Specify each creditor, including this creditor, and its relative priority.

      _____

      _____

    ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

_____

_____

**Describe the lien**

_____

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

Column A: **$38,616.24**    Column B: **unknown**

**Remarks:** S/A 12/30/2021 - All Inventory, Chattel Paper, Accounts, Equipment, General Intangibles

| | | Column A<br>**Amount of claim**<br>Do not deduct the value<br>of collateral. | Column B<br>**Value of collateral**<br>**that supports this**<br>**claim** |
|---|---|---|---|

| **Part 1:** | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.5** **Creditor's name**

FC Marketplace LLC

**Describe debtor's property that is subject to a lien**

_____

**Creditor's mailing address**

Attn Legal

707 17th St Ste 2200

Denver, CO 80202-3404

**Describe the lien**

_____

$276,573.00      unknown

**Creditor's email address, if known**

_____

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Date debt was incurred**    8/21/24

**Last 4 digits of account number** ___ ___ ___ ___

**Is anyone else liable on this claim?**

☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes. Have you already specified the relative priority?

     ☐ No.   Specify each creditor, including this creditor, and its relative priority.

         _____

         _____

     ☐ Yes. The relative priority of creditors is specified on lines _____

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Official Form 206D      Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**      page __5__ of __10__

Case 25-10771    Doc# 1    Filed 07/28/25    Page 20 of 61

| Part 1: | Additional Page | | Column A | Column B |
|---|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | | | *Column A* Amount of claim Do not deduct the value of collateral. | *Column B* Value of collateral that supports this claim |

**2.6** Creditor's name

**Forward Financing LLC**

Creditor's mailing address

**53 State St 20th Floor**

**Boston, MA 02109-2820**

Creditor's email address, if known

_____

Date debt was incurred _____3/6/25_____

Last 4 digits of account ___ ___ ___ ___
number

Do multiple creditors have an interest in the same property?

☑ No

☐ Yes. Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

     _____

     _____

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

_____

_____

**Describe the lien**

_____

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

Amount of claim: **$127,279.00**

Value of collateral: **unknown**

| Part 1: | Additional Page | Column A | Column B |
|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

*Column A*
**Amount of claim**
Do not deduct the value of collateral.

*Column B*
**Value of collateral that supports this claim**

**2.7** **Creditor's name**

**Kapitus LLC**

**Describe debtor's property that is subject to a lien**

$135,645.00          unknown

**Creditor's mailing address**

**2500 Wilson Blvd Ste 350**

**Arlington, VA 22201-3873**

**Describe the lien**

**Creditor's email address, if known**

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Date debt was incurred**      **10/4/2024**

**Last 4 digits of account number**      ___ ___ ___ ___

**Is anyone else liable on this claim?**

☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

☐ No.  Specify each creditor, including this creditor, and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

_____

☐ Yes. The relative priority of creditors is specified on lines _____

| Part 1: | Additional Page | Column A | Column B |
|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**Column A**
Amount of claim
Do not deduct the value of collateral.

**Column B**
Value of collateral that supports this claim

**2.8** Creditor's name

**TIAA FSB**

**Creditor's mailing address**

**Po Box 1283**

**Charlotte, NC 28201-1283**

**Creditor's email address, if known**

_____

**Date debt was incurred**    2/16/2023

**Last 4 digits of account number**    4  4  3  3

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

  ☐ No.  Specify each creditor, including this creditor, and its relative priority.

    _____

    _____

  ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**
Fotona Laser - PMSI to TIAA       **$85,617.00**       **$8,500.00**

**Describe the lien**
Agreement

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Remarks:** Debt incurred by Mark McLaren DDS LLC but assumed by and paid for by Debtor. PMSI in Lightwalker ATS, Genova Handpiece, PS04 Handpiece, R30-A ND: YAG Handpiece.

| Debtor | Joseph G. Baba, D.D.S., P.A. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

<table>
<tr><td style="background:black;color:white">Part 2:</td><td colspan="2"><b>List Others to Be Notified for a Debt Already Listed in Part 1</b></td></tr>
</table>

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Bankers Healthcare Group LLC**<br>10234 W State Road 84<br>Davie, FL 33324-4202 | Line 2. **1** | ___ ___ ___ ___ |
| **CT Corporation System**<br>Attn SPRS<br>330 N Brand Blvd Ste 700<br>Glendale, CA 91203 | Line 2. **1** | ___ ___ ___ ___ |
| **Windsor Federal Savings and Loan Assc**<br>250 Broad Street<br>Windsor, CT 06095 | Line 2. **1** | ___ ___ ___ ___ |
| **CCMR3**<br>318 S Clinton St Ste 400 & 500<br>Syracuse, NY 13202 | Line 2. **1** | ___ ___ ___ ___ |
| **Bankers Healthcare Group LLC**<br>10234 W State Road 84<br>Davie, FL 33324-4202 | Line 2. **2** | ___ ___ ___ ___ |
| **CT Corporation System**<br>Attn SPRS<br>330 N Brand Blvd Ste 700<br>Glendale, CA 91203 | Line 2. **2** | ___ ___ ___ ___ |
| **CCMR3**<br>318 S Clinton St Ste 400 & 500<br>Syracuse, NY 13202 | Line 2. **2** | ___ ___ ___ ___ |
| **Morris Laing Law Firm**<br>Attn Karl Swartz<br>300 N Mead Ste 200<br>Wichita, KS 67202 | Line 2. **3** | ___ ___ ___ ___ |

Form 206D

Official Part 2 of Schedule D: Creditors Who Have Claims Secured by Property

page **9** of **10**

Case 25-10771   Doc# 1   Filed 07/28/25   Page 24 of 61

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Morris Laing Law Firm** <br> **Attn Karl Swartz** <br> **300 N Mead Ste 200** <br> **Wichita, KS 67202** | Line 2. __4__ | ___ ___ ___ ___ |
| **FC Marketplace, LLC** <br> **110 Se 6th St Ste 700** <br> **Ft Lauderdale, FL 33301-5002** | Line 2. __5__ | ___ ___ ___ ___ |
| **FC Marketplace LLC** <br> **Attn Officer or Agent** <br> **1900 W Littleton Blvd** <br> **Littleton, CO 80120-2023** | Line 2. __5__ | ___ ___ ___ ___ |
| **Corporation Service Company** <br> **Po Box 2576** <br> **Springfield, IL 62708-2576** | Line 2. __5__ | ___ ___ ___ ___ |
| **CT Corporation System** <br> **Attn SPRS** <br> **330 N Brand Blvd Ste 700** <br> **Glendale, CA 91203** | Line 2. __7__ | ___ ___ ___ ___ |

Fill in this information to identify the case:

Debtor name **Joseph G. Baba, D.D.S., P.A.**

United States Bankruptcy Court for the:
**District of Kansas**

Case number (if known): _____

☐ Check if this is an amended filing

# Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims

**12/15**

**Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.**

### Part 1: List All Creditors with PRIORITY Unsecured Claims

**1.** **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507)

☐ No. Go to Part 2.

☑ Yes. Go to line 2.

**2.** List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part. If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | Total claim | Priority amount |
|---|---|---|

**2.1** Priority creditor's name and mailing address

**Internal Revenue Service**

**PO Box 7346**

**Philadelphia, PA 19101-7346**

Date or dates debt was incurred

_____

Last 4 digits of account number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) **(8)**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the Claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

Total claim: **$0.00**     Priority amount: **$0.00**

**2.2** Priority creditor's name and mailing address

**Kansas Department of Labor**

**Attn Legal Services**

**401 SW Topeka Blvd**

**Topeka, KS 66603-3182**

Date or dates debt was incurred

_____

Last 4 digits of account number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) **(8)**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the Claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

Total claim: **$0.00**     Priority amount: **$0.00**

Debtor  **Joseph G. Baba, D.D.S., P.A.**

Name

Case number *(if known)* _____

**2.3** | Priority creditor's name and mailing address

**Kansas Department of Revenue**

**Civil Tax Enforcement**

**PO Box 12005**

**Topeka, KS 66601-3058**

Date or dates debt was incurred

_____

Last 4 digits of account

number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) **(8)**

As of the petition filing date, the claim is:     $0.00          $0.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the Claim:

_____

Is the claim subject to offset?

☑ No

☐ Yes

| Debtor | Joseph G. Baba, D.D.S., P.A. | Case number *(if known)* _____ |
|---|---|---|
| | Name | |

## Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  | | **Amount of claim** |
|---|---|---|

**3.1** Nonpriority creditor's name and mailing address

American Express

PO Box 650448

Dallas, TX 75265-0448

Date or dates debt was incurred _____

Last 4 digits of account number  3  0  0  6

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

**$46,519.16**

---

**3.2** Nonpriority creditor's name and mailing address

Apex Dental Lab

7863 La Mesa Blvd Ste 204

La Mesa, CA 91942

Date or dates debt was incurred _____

Last 4 digits of account number  ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Business Goods

Is the claim subject to offset?
☑ No
☐ Yes

**$15,056.86**

---

**3.3** Nonpriority creditor's name and mailing address

Capital One

Attn Bankruptcy

Po Box 30285

Salt Lake Cty, UT 84130-0285

Date or dates debt was incurred _____

Last 4 digits of account number  7  5  3  5

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Credit Card

Is the claim subject to offset?
☑ No
☐ Yes

**$6,910.00**

---

**3.4** Nonpriority creditor's name and mailing address

Chase Card Services

Attn Bankruptcy

Po Box 15298

Wilmington, DE 19850-5298

Date or dates debt was incurred _____

Last 4 digits of account number  1  9  2  2

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Credit Card

Is the claim subject to offset?
☑ No
☐ Yes

**$54,172.00**

**Part 2:** Additional Page

---

**3.5** | Nonpriority creditor's name and mailing address

**Diamond Orthotic Lab**

**7859 El Cajon Blvd**

**La Mesa, CA 91942**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Business Goods**

Is the claim subject to offset?
☑ No
☐ Yes

$11,243.00

---

**3.6** | Nonpriority creditor's name and mailing address

**Five Star Orthodontic Lab**

**PO Box 888**

**Denton, TX 76202**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Business Goods**

Is the claim subject to offset?
☑ No
☐ Yes

$621.50

---

**3.7** | Nonpriority creditor's name and mailing address

**Goetze Dental**

**3939 NE 33rd Terrace**

**Kansas City, MO 64117**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Business Goods**

Is the claim subject to offset?
☑ No
☐ Yes

$4,383.53

---

**3.8** | Nonpriority creditor's name and mailing address

**Icon**

**114 N Wabash Ave**

**Wichita, KS 67209**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Business Goods**

Is the claim subject to offset?
☑ No
☐ Yes

$1,689.69

---

| Debtor | Joseph G. Baba, D.D.S., P.A. | Case number *(if known)* |
|--------|------------------------------|--------------------------|
|        | Name                         |                          |

**Part 2:** Additional Page

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,614.95 |
|-----|--------------------------------------------------|------------------------------------------------------------------------|-----------|

**Johns**

PO Box 9492

Terre Haute, IN 47808

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred _____

Basis for the claim: **Business Goods**

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,055.00 |
|------|--------------------------------------------------|------------------------------------------------------------------------|-----------|

**Quest Diagnostics**

PO Box 772976

Chicago, IL 60677

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred _____

Basis for the claim: **Business Goods**

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $400.00 |
|------|--------------------------------------------------|------------------------------------------------------------------------|---------|

**T & S Therapy Centre International**

7879 El Cajon Blvd

La Mesa, CA 91942

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Installment Agreement**

Date or dates debt was incurred _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $6,037.00 |
|------|--------------------------------------------------|------------------------------------------------------------------------|-----------|

**Triple O Lab**

PO Box 1419

Gainesville, TX 76240

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred _____

Basis for the claim: **Business Goods**

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

| Debtor | **Joseph G. Baba, D.D.S., P.A.** | Case number *(if known)* |
|---|---|---|
| | Name | |

4. **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

   **If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.1 **US Attorney Wichita** | Line **2.1** | |
| **301 N Main** | ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| **1200 Epic Center** | _____ | |
| **Wichita, KS 67202** | | |

Debtor  **Joseph G. Baba, D.D.S., P.A.**
Name

Case number *(if known)* _____

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

**5.**  **Add the amounts of priority and nonpriority unsecured claims.**

<table>
<tr><td></td><td></td><td style="background:#cccccc"><b>Total of claim amounts</b></td></tr>
<tr><td>5a.  <b>Total claims from Part 1</b></td><td>5a.</td><td><b>$0.00</b></td></tr>
<tr><td>5b.  <b>Total claims from Part 2</b></td><td>5b.  <b>+</b></td><td><b>$149,702.69</b></td></tr>
<tr><td>5c.  <b>Total of Parts 1 and 2</b><br>Lines 5a + 5b = 5c.</td><td>5c.</td><td><b>$149,702.69</b></td></tr>
</table>

Fill in this information to identify the case:

Debtor name  **Joseph G. Baba, D.D.S., P.A.**

United States Bankruptcy Court for the: District of  **Kansas**

(State)

Case number (If known): _____  Chapter  **11**

☐ Check if this is an
  amended filing

## Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases
12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.**

**1.    Does the debtor have any executory contracts or unexpired leases?**

☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| **2.    List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| **2.1** State what the contract or lease is for and the nature of the debtor's interest: **Medical Billing training** | **Christie Fink Inc** |
| | **106 Gold Leaf Court** |
| State the term remaining: **0 months** | **Canton, GA 30114** |
| List the contract number of any government contract | |
| **2.2** State what the contract or lease is for and the nature of the debtor's interest: **Accounting Services** | **Dunning & Associates, CPAs LLC** |
| | **567 W Douglas** |
| State the term remaining: **6 months** | **Wichita, KS 67213** |
| List the contract number of any government contract | |
| **2.3** State what the contract or lease is for and the nature of the debtor's interest: **IT - Month to Month** | **Goetze Dental** |
| | **3939 NE 33rd Terrace** |
| State the term remaining: **0 months** | **Kansas City, MO 64117** |
| List the contract number of any government contract | |
| **2.4** State what the contract or lease is for and the nature of the debtor's interest: **Breathing Dynamics use of space** | **Joseph G Baba** |
| | **12206 W Ridgepoint Street** |
| State the term remaining: **0 months** | **Wichita, KS 67235** |
| List the contract number of any government contract | |
| **2.5** State what the contract or lease is for and the nature of the debtor's interest: **Upgrading Computers** | **Soteria Technology Solutions** |
| | **1815 E Central** |
| State the term remaining: **0 months** | **Wichita, KS 67214** |
| List the contract number of any government contract | |

Case 25-10771     Doc# 1     Filed 07/28/25     Page 34 of 61

| Additional Page if Debtor Has More Executory Contracts or Unexpired Leases |
|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.6** | State what the contract or lease is for and the nature of the debtor's interest | **Licensing Agreement for TMJ name** | **T & S Therapy Centre International** |
| | | **Contract to be ASSUMED** | **7879 El Cajon Blvd** |
| | State the term remaining | **0 months** | **La Mesa, CA 91942** |
| | List the contract number of any government contract | | |
| **2.7** | State what the contract or lease is for and the nature of the debtor's interest | **Commercial Lease for 4620 E Douglas, Ste 102** | **Terric Properties** |
| | | **Contract to be ASSUMED** | **4620 E Douglas Ste 100** |
| | State the term remaining | **31 months** | **Wichita, KS 67208** |
| | List the contract number of any government contract | | |
| **2.8** | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.9** | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.10** | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.11** | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Case 25-10771    Doc# 1    Filed 07/28/25    Page 35 of 61

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | | |
|---|---|---|
| **2.12** | **State what the contract or lease is for and the nature of the debtor's interest** | _____ | _____ |
| | | _____ | _____ |
| | **State the term remaining** | _____ | _____ |
| | **List the contract number of any government contract** | _____ | |

| | | |
|---|---|---|
| **2.13** | **State what the contract or lease is for and the nature of the debtor's interest** | _____ | _____ |
| | | _____ | _____ |
| | **State the term remaining** | _____ | _____ |
| | **List the contract number of any government contract** | _____ | |

Case 25-10771     Doc# 1     Filed 07/28/25     Page 36 of 61

Debtor name     **Joseph G. Baba, D.D.S., P.A.**

United States Bankruptcy Court for the: District of     **Kansas**
(State)

Case number (If known):

☐ Check if this is an
amended filing

Official Form 206H

# Schedule H: Codebtors

12/15

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively.
Attach the Additional Page to this page.**

1. **Does the debtor have any codebtors?**
   ☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
   ☑ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors,
   *Schedules D-G.* Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the
   creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.**

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.1 **Joseph G Baba** | **12206 W Ridgepoint Street**<br>Street | **Emprise Bank** | ☑ D<br>☐ E/F<br>☐ G |
| | **Wichita, KS 67235**<br>City          State          ZIP Code | **American Express** | ☐ D<br>☑ E/F<br>☐ G |
| 2.2 **Mark J McLaren** | **2747 N Bracken Ct**<br>Street | **Emprise Bank** | ☑ D<br>☐ E/F<br>☐ G |
| | **Wichita, KS 67226**<br>City          State          ZIP Code | **Emprise Bank** | ☑ D<br>☐ E/F<br>☐ G |
| | | **Bankers Healthcare Group, LLC** | ☑ D<br>☐ E/F<br>☐ G |
| | | **Bankers Healthcare Group, LLC** | ☑ D<br>☐ E/F<br>☐ G |
| | | **FC Marketplace LLC** | ☑ D<br>☐ E/F<br>☐ G |
| | | **Forward Financing LLC** | ☑ D<br>☐ E/F<br>☐ G |
| | | **Kapitus LLC** | ☑ D<br>☐ E/F<br>☐ G |

| ███████ | Additional Page if Debtor Has More Codebtors |

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| Name | Mailing address | Name | Check all schedules that apply: |
| | | **Chase Card Services** | ☐ D   ☑ E/F   ☐ G |
| | | **Capital One** | ☐ D   ☑ E/F   ☐ G |
| | | **TIAA FSB** | ☑ D   ☐ E/F   ☐ G |

| 2.3 | **Mark McLaren DDS LLC** | **4620 E Douglas Ave** <br> Street <br><br> **Wichita, KS 67208-3900** <br> City    State    ZIP Code | **TIAA FSB** | ☑ D   ☐ E/F   ☐ G |
| 2.4 | _____ | _____ <br> Street <br><br> _____ <br> City    State    ZIP Code | _____ | ☐ D   ☐ E/F   ☐ G |
| 2.5 | _____ | _____ <br> Street <br><br> _____ <br> City    State    ZIP Code | _____ | ☐ D   ☐ E/F   ☐ G |
| 2.6 | _____ | _____ <br> Street <br><br> _____ <br> City    State    ZIP Code | _____ | ☐ D   ☐ E/F   ☐ G |

Fill in this information to identify the case:

Debtor name _____**Joseph G. Baba, D.D.S., P.A.**_____

United States Bankruptcy Court for the:

_____**District of Kansas**_____

Case number (if known): _____  Chapter __11__

☐ Check if this is an amended filing

Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals

12/15

**1. Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

1a. **Real Property:**

Copy line 88 from *Schedule A/B*....................................................................

| $0.00 |

1b. **Total personal property:**

Copy line 91A from *Schedule A/B*.................................................................

| $277,330.14 |

1c. **Total of all property:**

Copy line 92 from *Schedule A/B*...................................................................

| $277,330.14 |

**Part 2: Summary of Liabilities**

**2. Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)

Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D*.................

| $2,430,827.35 |

**3. Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

3a. **Total claim amounts of priority unsecured claims:**

Copy the total claims from Part 1 from line 5a of *Schedule E/F*.................................................

| $0.00 |

3b. **Total amount of claims of non-priority amount of unsecured claims:**

Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.......................................

| + $149,702.69 |

**4. Total liabilities**............................................................................................

Lines 2 + 3a + 3b

| $2,580,530.04 |

Fill in this information to identify the case:

Debtor name     **Joseph G. Baba, D.D.S., P.A.**

United States Bankruptcy Court for the:

**District of Kansas**

Case number (if known): _____

☐ Check if this is an amended filing

Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/25

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

## Part 1: Income

**1. Gross revenue from business**

☐ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**   From **01/01/2025** to   Filing date<br>MM/ DD/ YYYY | ☑ Operating a business<br>☐ Other _____ | **$621,299.00** |
| **For prior year:**   From **01/01/2024** to **12/31/2024**<br>MM/ DD/ YYYY    MM/ DD/ YYYY | ☑ Operating a business<br>☐ Other _____ | **$1,479,098.00** |
| **For the year before that:**   From **01/01/2023** to **12/31/2023**<br>MM/ DD/ YYYY    MM/ DD/ YYYY | ☑ Operating a business<br>☐ Other _____ | **$1,791,958.00** |

**2. Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☑ None

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**   From **01/01/2025** to   Filing date<br>MM/ DD/ YYYY | _____ | _____ |
| **For prior year:**   From **01/01/2024** to **12/31/2024**<br>MM/ DD/ YYYY    MM/ DD/ YYYY | _____ | _____ |
| **For the year before that:**   From **01/01/2023** to **12/31/2023**<br>MM/ DD/ YYYY    MM/ DD/ YYYY | _____ | _____ |

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |
|---|---|

**3.** **Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☑ None

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1. _____ <br> Creditor's name <br><br> _____ <br> Street <br><br> _____ <br><br> _____ <br> City          State     ZIP Code | _____ <br><br> _____ <br><br> _____ | _____ | ☐ Secured debt <br> ☐ Unsecured loan repayments <br> ☐ Suppliers or vendors <br> ☐ Services <br> ☐ Other _____ |

**4.** **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or co-signed by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None

| Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. **Mark J McLaren** <br> Creditor's name <br> **2747 N Bracken Ct** <br> Street <br><br> _____ <br> **Wichita, KS 67226** <br> City          State     ZIP Code | _____ | **$0.00** | **payments made on debts guaranteed by Mark McLaren. See Attachment to Question 4 for itemization.** <br><br> _____ <br><br> _____ |
| Relationship to debtor <br> _____ | | | |

**5.** **Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☑ None

| Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|

**Question 4**
**ALL DEBTS GUARANTEED BY MARK MCLAREN**

| CREDITOR | DATE | AMOUNT | CREDITOR | DATE | AMOUNT | CREDITOR | DATE | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| BHG 2103 | 04/10/2025 | $ 1,104.83 | Emprise 0794 | 03/10/2025 | $ 11,284.56 | Chase | 04/03/2025 | $ 1,601.00 |
| | 03/10/2025 | $ 1,090.31 | | 02/06/2025 | $ 10,906.27 | | 03/11/2025 | $ 30,000.00 |
| | 02/10/2025 | $ 1,075.97 | | 01/15/2025 | $ 10,869.71 | | 02/18/2025 | $ 2,264.00 |
| | 01/10/2025 | $ 1,061.82 | | 12/11/2024 | $ 10,950.30 | | 01/14/2025 | $ 3,773.00 |
| | 12/10/2024 | $ 1,047.86 | | 11/07/2024 | $ 10,796.57 | | 11/14/2024 | $ 3,000.00 |
| | 11/12/2024 | $ 1,034.08 | | 10/04/2024 | $ 10,879.76 | | 11/13/2024 | $ 12,000.00 |
| | 10/10/2024 | $ 1,020.48 | | 09/09/2024 | $ 10,723.91 | | 10/08/2024 | $ 51,000.00 |
| | 09/10/2024 | $ 1,007.06 | | 08/01/2024 | $ 10,687.96 | | 08/26/2024 | $ 50,000.00 |
| | 08/12/2024 | $ 993.82 | | 07/01/2024 | $ 10,774.99 | | 07/02/2024 | $ 15,000.00 |
| | 07/10/2024 | $ 980.75 | | 06/03/2024 | $ 10,616.02 | | 06/18/2024 | $ 21,000.00 |
| | 06/10/2024 | $ 967.85 | | | | | | |
| | | | Emprise 0808 | 04/01/2025 | $ 1,800.46 | Capital One | 04/10/2025 | $ 3,754.48 |
| BHG 5462 | 04/02/2025 | $ 963.19 | | 03/03/2025 | $ 1,804.30 | | 04/02/2025 | $ 1,800.00 |
| | 03/04/2025 | $ 949.74 | | 02/03/2025 | $ 1,794.37 | | 03/11/2025 | $ 3,657.80 |
| | 02/04/2025 | $ 936.48 | | 01/10/2025 | $ 1,791.34 | | 03/06/2025 | $ 800.00 |
| | 01/03/2025 | $ 923.41 | | 12/05/2024 | $ 1,790.91 | | 03/04/2025 | $ 1,400.00 |
| | 12/03/2024 | $ 910.52 | | 11/04/2024 | $ 1,785.30 | | 03/04/2025 | $ 1,800.00 |
| | 11/04/2024 | $ 897.81 | | 10/01/2024 | $ 1,785.07 | | 02/11/2025 | $ 1,100.00 |
| | 10/02/2024 | $ 885.27 | | 09/03/2024 | $ 1,779.28 | | 02/11/2025 | $ 449.00 |
| | 09/04/2024 | $ 872.91 | | 08/01/2024 | $ 1,776.27 | | 02/05/2025 | $ 1,200.00 |
| | 08/02/2024 | $ 860.73 | | 07/01/2024 | $ 1,776.35 | | 02/03/2025 | $ 1,800.00 |
| | 07/02/2024 | $ 848.71 | | 06/03/2024 | $ 1,770.28 | | 01/28/2025 | $ 1,200.00 |
| | 06/04/2024 | $ 836.86 | | | | | 01/23/2025 | $ 1,500.00 |
| | | | Kapitus | 04/11/2025 | $ 2,676.00 | | 01/21/2025 | $ 2,000.00 |
| Forward Financing | 5/7/2025 | $ 483.34 | | 04/04/2025 | $ 2,676.00 | | 06/11/2024 | $ 150.00 |
| | 5/6/2025 | $ 483.34 | | 03/28/2025 | $ 2,676.00 | | | | |
| | 5/5/2025 | $ 604.17 | | 03/21/2025 | $ 2,676.00 | Amex | 05/13/2025 | $ 2,125.00 |
| | 04/11/2025 | $ 3,020.85 | | 03/14/2025 | $ 2,676.00 | | 04/22/2025 | $ 2,012.00 |
| | 04/04/2025 | $ 3,020.85 | | 03/07/2025 | $ 2,676.00 | | 04/17/2025 | $ 2,012.00 |
| | 03/28/2025 | $ 3,020.85 | | 02/28/2025 | $ 2,676.00 | | 04/14/2025 | $ 2,012.00 |
| | 03/21/2025 | $ 3,020.85 | | 02/21/2025 | $ 2,676.00 | | 02/26/2025 | $ 1,279.00 |
| | 03/14/2025 | $ 3,020.85 | | 02/14/2025 | $ 2,676.00 | | 02/12/2025 | $ 735.96 |
| | | | | 02/07/2025 | $ 2,676.00 | | 01/13/2025 | $ 493.60 |
| Itria Ventures | 08/22/2024 | $ 154,375.00 | | 01/31/2025 | $ 2,676.00 | | 12/13/2024 | $ 465.00 |
| | 08/20/2024 | $ 2,375.00 | | 01/24/2025 | $ 2,676.00 | | 11/13/2024 | $ 456.00 |
| | 08/13/2024 | $ 2,375.00 | | 01/17/2025 | $ 2,676.00 | | 10/15/2024 | $ 350.00 |
| | 08/06/2024 | $ 2,375.00 | | 01/10/2025 | $ 2,676.00 | | 09/13/2024 | $ 142.91 |
| | 07/30/2024 | $ 2,375.00 | | 01/03/2025 | $ 2,676.00 | | 08/13/2024 | $ 45.09 |
| | 07/23/2024 | $ 2,375.00 | | 12/27/2024 | $ 1,477.35 | | 07/15/2024 | $ 38.00 |
| | 07/16/2024 | $ 2,375.00 | | 12/20/2024 | $ 1,464.31 | | 06/12/2024 | $ 324.00 |
| | 07/09/2024 | $ 2,375.00 | | 12/13/2024 | $ 1,451.38 | | | | |
| | 07/02/2024 | $ 2,375.00 | | 12/06/2024 | $ 1,438.57 | TIAA* | 6/26/2025 | $ 2,294.97 |
| | 06/25/2024 | $ 2,375.00 | | 12/02/2024 | $ 1,425.87 | | 04/24/2025 | $ 35.00 |
| | 06/18/2024 | $ 2,375.00 | | 11/22/2024 | $ 1,413.28 | | 04/15/2025 | $ 1,729.98 |
| | 06/11/2024 | $ 2,375.00 | | 11/15/2024 | $ 1,400.81 | | 03/17/2025 | $ 1,135.02 |
| | 06/04/2024 | $ 2,375.00 | | 11/08/2024 | $ 1,388.44 | | 02/18/2025 | $ 1,126.94 |
| | | | | 11/01/2024 | $ 1,376.19 | | 01/15/2025 | $ 1,118.92 |
| FC Marketplace | 03/13/2025 | $ 24,087.99 | | 10/25/2024 | $ 1,364.04 | | 12/16/2024 | $ 1,110.96 |
| | 02/25/2025 | $ 7,528.13 | | 10/18/2024 | $ 1,352.00 | | 11/15/2024 | $ 1,103.06 |
| | 01/23/2025 | $ 7,337.48 | | 10/11/2024 | $ 1,340.06 | | 10/15/2024 | $ 1,095.21 |
| | 11/25/2024 | $ 7,243.97 | | | | | 09/16/2024 | $ 1,087.41 |
| | 10/23/2024 | $ 7,151.65 | | | | | 08/15/2024 | $ 1,079.68 |
| | 09/24/2024 | $ 7,060.52 | | | | | 07/15/2024 | $ 1,071.99 |
| | | | | | | | 06/17/2024 | $ 1,064.37 |

*TIAA Loan is owed by Mark McLaren DDS LLC and guaranteed by Mark McLaren

Debtor  **Joseph G. Baba, D.D.S., P.A.**                   Case number *(if known)* _____

Name

5.1. _____          _____     _____   _____

Creditor's name

_____

Street

_____

_____

City                    State    ZIP Code

## 6. Setoffs

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| 6.1. _____<br><br>Creditor's name<br><br>_____<br>Street<br><br>_____<br><br>_____<br>City        State    ZIP Code | _____<br><br>XXXX– __ __ __ __ | _____ | _____ |

## 7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☑ None

| 7.1. Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| _____ | _____ | Name<br>_____<br>Street<br>_____<br><br>_____<br>City        State    ZIP Code | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| **Case number**<br>_____ | | | |

## 8. Assignments and receivership

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

| 8.1. | Custodian's name and address | Description of the property | Value |
|---|---|---|---|

Custodian's name

Street

City          State    ZIP Code

**Case title**

**Case number**

**Date of order or assignment**

**Court name and address**

Name

Street

City          State    ZIP Code

---

**Part 4:** Certain Gifts and Charitable Contributions

**9.** List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000

☑ None

| 9.1. | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|

Recipient's name

Street

City          State    ZIP Code

**Recipient's relationship to debtor**

---

**Part 5:** Certain Losses

**10.** All losses from fire, theft, or other casualty within 1 year before filing this case.

☐ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | Date of loss | Value of property lost |
|---|---|---|---|
| 10.1. **Flooding in Basement - loss was some old records and dental models, little financial value. No insurance claim made.** | | **2025** | |

---

**Part 6:** Certain Payments or Transfers

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

11.1.

| Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|--------------------------------------------|-------------------------------------------------|-------|-----------------------|
| **Prelle Eron & Bailey, P.A.** | **Retainer Fee** | **5/14/25** | **$25,000.00** |
| **Address** | **Consultation Fee** | **5/12/25** | **$315.00** |
| **301 N Main St Ste 2000**<br>Street | **Consultation Fee** | **3/31/25** | **$750.00** |
| **Wichita, KS 67202-4820**<br>City　　　　State　　ZIP Code | | | |
| Email or website address | | | |
| Who made the payment, if not debtor? | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.

Do not include transfers already listed on this statement.

☑ None

12.1.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|-------------------------|-----------------------------------|---------------------------|-----------------------|
| Trustee | | | |

**13. Transfers not already listed on this statement**

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☑ None

| Debtor | **Joseph G. Baba, D.D.S., P.A.** | Case number *(if known)* _____ |
|---|---|---|
| | Name | |

| 13.1. | Who received the transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| | | | | |

**Address**

_____
Street

_____

_____
City                    State      ZIP Code

**Relationship to debtor**

_____

---

**Part 7:** Previous Locations

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

| Address | Dates of occupancy |
|---|---|
| 14.1. _____ <br> Street <br><br> _____ <br><br> _____ <br> City            State    ZIP Code | From _____ To _____ |

---

**Part 8:** Health Care Bankruptcies

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
—diagnosing or treating injury, deformity, or disease, or
—providing any surgical, psychiatric, drug treatment, or obstetric care?

☐ No. Go to Part 9.

☑ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| 15.1. **Joseph G. Baba, D.D.S., P.A.** <br> Facility name <br> **4620 E Douglas Suite 102** <br> Street <br> **Wichita, KS 67208** <br> City            State    ZIP Code | **dental** | **2000+** |
| | **Location where patient records are maintained** (if different from facility address). If electronic, identify any service provider. <br> **Dental Writer (cloud software to store records)** | **How are records kept?** <br> *Check all that apply:* <br> ☑ Electronically <br> ☐ Paper |

---

| **Part 9:** | Personally Identifiable Information |
|---|---|

**16. Does the debtor collect and retain personally identifiable information of customers?**

☐ No.

☑ Yes. State the nature of the information collected and retained. **Dental Records, Copy of License, Health Insurance**

　　Does the debtor have a privacy policy about that information?

　　☐ No

　　☑ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b) or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.

☑ Yes. Does the debtor serve as plan administrator?

　　☐ No. Go to Part 10.

　　☑ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| **TMJ & Sleep Therapy of Kansas 401(k) Profit Sharing Plan** | EIN: **4 8** – **1 0 4 9 4 5 6** |

　　Has the plan been terminated?

　　☑ No

　　☐ Yes

| **Part 10:** | Certain Financial Accounts, Safe Deposit Boxes, and Storage Units |
|---|---|

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| | Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1 | _____ <br> Name <br><br> _____ <br> Street <br><br> _____ <br> City　State　ZIP Code | XXXX– __ __ __ __ | ☐ Checking <br> ☐ Savings <br> ☐ Money market <br> ☐ Brokerage <br> ☐ Other <br> _____ | _____ | _____ |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☐ None

| | Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|---|
| 19.1 | **Emprise Bank** <br> Name <br> **PO Box 2970** <br> Street <br><br> **Wichita, KS 67201-2970** <br> City　State　ZIP Code | Mark J McLaren <br><br> _____ <br><br> Address <br> **2747 N Bracken Ct** <br> **Wichita, KS 67226** | old hard drive <br><br> _____ <br><br> _____ <br><br> _____ | ☐ No <br><br> ☑ Yes |

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| 20.1 Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| | | | ☐ No |
| Name | | | ☐ Yes |
| Street | | | |
| | **Address** | | |
| City    State    ZIP Code | | | |

---

**Part 11:** Property the Debtor Holds or Controls That the Debtor Does Not Own

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☐ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| **Mark McLaren DDS LLC**<br>Name<br>**4620 E Douglas Ave**<br>Street<br><br>**Wichita**    **KS**<br>**67208-3900**<br>City    State    ZIP Code | | ~~LLC owns and is obligated on the debt for the Fotona Laser. Debtor uses and pays for the laser.~~ | |

---

**Part 12:** Details About Environmental Information

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).
- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.
- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☑ No

☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| | Name | | ☐ Pending |
| **Case number** | | | ☐ On appeal |
| | Street | | ☐ Concluded |
| | City          State    ZIP Code | | |

**23.** **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name | Name | | |
| Street | Street | | |
| City          State    ZIP Code | City          State    ZIP Code | | |

**24.** **Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name | Name | | |
| Street | Street | | |
| City          State    ZIP Code | City          State    ZIP Code | | |

| Part 13: | Details About the Debtor's Business or Connections to Any Business |
|---|---|

**25.** **Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☑ None

| | Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|---|
| 25.1. | Name | | EIN: _ _ – _ _ _ _ _ _ _ |
| | Street | | **Dates business existed** |
| | City          State    ZIP Code | | From _____ To _____ |

Case 25-10771    Doc# 1    Filed 07/28/25    Page 49 of 61
                    **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**                    page **9**

**26. Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|
| 26a.1. **Dunning & Associates CPAs, LLC** <br> Name <br><br> **567 W Douglas** <br> Street <br><br> **Wichita, KS 67213** <br> City     State     ZIP Code | From **2020**    To **current** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☑ None

| Name and address | Dates of service |
|---|---|
| 26b.1. _____ <br> Name <br><br> _____ <br> Street <br><br> _____ <br> City     State     ZIP Code | From _____ To _____ |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☑ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. _____ <br> Name <br><br> _____ <br> Street <br><br> _____ <br> City     State     ZIP Code | _____ <br> _____ <br> _____ |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1. **Emprise Bank** <br> Name <br><br> **PO Box 2970** <br> Street <br><br> **Wichita, KS 67201-2970** <br> City     State     ZIP Code |

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| | | |

| Name and address of the person who has possession of inventory records |
|---|

27.1.

Name _____

Street _____

_____

City        State        ZIP Code

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Mark J McLaren** | **2747 N Bracken Ct Wichita, KS 67226** | **President, Owner** | **100.00%** |

**29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☑ No

☐ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| | | | From _____ <br> To _____ |

**30. Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No

☑ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1. **Mark J McLaren** <br> Name <br> **2747 N Bracken Ct** <br> Street <br><br> **Wichita, KS 67226** <br> City    State    ZIP Code <br> Relationship to debtor <br> **Owner** | | | **see attached for listing of distributions. Additionally, wages paid to McLaren are listed on profit and loss statement from last one year.** |

| Transaction date | Transaction type | Num | Name | Memo/Description | Account full name | Item split account | Amount | Balance |
|---|---|---|---|---|---|---|---|---|
| 07/01/2024 | Check | 203 | | 203 TRANSFER PHONE TRANSFER TO XXXXXX4272 | 3040 Distributions - Dr. McLaren 3043 Personal | Empire checking 2730 | -5,000.00 | -5,000.00 |
| 07/11/2024 | Check | 145 | Transfer | 145 TRANSFER DEBIT PHONE TRANSFER TO XXXXXX4272 | 3040 Distributions - Dr. McLaren 3043 Personal | Empire Money Market | -2,000.00 | -7,000.00 |
| 07/17/2024 | Expense | | | DD-XXXXXXXXXX75114272 AUTOMATIC TRANSFER DEBIT ATS - Checking to Checking | 3040 Distributions - Dr. McLaren 3043 Personal | Empire checking 2730 | -5,000.00 | -12,000.00 |
| 07/25/2024 | Expense | | | DD-XXXXXXXXXX75114272 AUTOMATIC TRANSFER DEBIT ATS - Checking to Checking | 3040 Distributions - Dr. McLaren 3043 Personal | Empire checking 2730 | -5,000.00 | -17,000.00 |
| 08/02/2024 | Check | | | 165 TRANSFER DEBIT PHONE TRANSFER TO XXXXXX4272 | 3040 Distributions - Dr. McLaren 3043 Personal | Empire checking 2730 | -3,000.00 | -20,000.00 |
| 08/05/2024 | Check | | | 167 TRANSFER DEBIT PHONE TRANSFER TO XXXXXX4272 | 3040 Distributions - Dr. McLaren 3043 Personal | Empire checking 2730 | -4,000.00 | -24,000.00 |
| 08/12/2024 | Check | 1783 | Mark McLaren | | 3040 Distributions - Dr. McLaren 3043 Personal | Empire checking 2730 | -2,000.00 | -26,000.00 |
| 08/12/2024 | Expense | | | DD-XXXXXXXXXX75114272 AUTOMATIC TRANSFER DEBIT ATS - Checking to Checking | 3040 Distributions - Dr. McLaren 3043 Personal | Empire checking 2730 | -5,000.00 | -31,000.00 |
| 08/23/2024 | Check | 133 | Transfer | 133 TRANSFER DEBIT PHONE TRANSFER TO XXXXXX4272 | 3040 Distributions - Dr. McLaren 3043 Personal | Empire checking 2730 | -9,000.00 | -40,000.00 |
| 08/26/2024 | Expense | | | DD-XXXXXXXXXX75114272 AUTOMATIC TRANSFER DEBIT ATS - Checking to Checking | 3040 Distributions - Dr. McLaren 3043 Personal | Empire checking 2730 | -5,000.00 | -45,000.00 |
| 08/29/2024 | Check | 109 | Transfer | 109 TRANSFER DEBIT PHONE TRANSFER TO XXXXXX4272 | 3040 Distributions - Dr. McLaren 3043 Personal | Empire checking 2730 | -2,000.00 | -47,000.00 |
| 09/06/2024 | Check | | | 151 TRANSFER DEBIT PHONE TRANSFER TO XXXXXX4272 | 3040 Distributions - Dr. McLaren 3043 Personal | Empire checking 2730 | -7,000.00 | -54,000.00 |
| 09/13/2024 | Check | 1793 | Mark McLaren | | 3040 Distributions - Dr. McLaren 3043 Personal | Empire checking 2730 | -2,000.00 | -56,000.00 |
| 09/13/2024 | Check | 129 | Transfer | 129 TRANSFER DEBIT PHONE TRANSFER TO XXXXXX4272 | 3040 Distributions - Dr. McLaren 3043 Personal | Empire checking 2730 | -6,000.00 | -62,000.00 |
| 09/24/2024 | Check | 99 | Transfer | 99 TRANSFER DEBIT PHONE TRANSFER TO XXXXXX4272 | 3040 Distributions - Dr. McLaren 3043 Personal | Empire checking 2730 | -5,000.00 | -67,000.00 |
| 10/03/2024 | Check | 113 | Transfer | 113 TRANSFER DEBIT PHONE TRANSFER TO XXXXXX4272 | 3040 Distributions - Dr. McLaren 3043 Personal | Empire checking 2730 | -1,000.00 | -68,000.00 |
| 10/04/2024 | Check | 131 | Transfer | 131 TRANSFER DEBIT PHONE TRANSFER TO XXXXXX4272 | 3040 Distributions - Dr. McLaren 3043 Personal | Empire checking 2730 | -6,000.00 | -74,000.00 |
| 10/07/2024 | Check | | | 181 TRANSFER DEBIT PHONE TRANSFER TO XXXXXX4272 | 3040 Distributions - Dr. McLaren 3043 Personal | Empire checking 2730 | -14,000.00 | -88,000.00 |
| 10/09/2024 | Check | | | 106 TRANSFER DEBIT PHONE TRANSFER TO XXXXXX4272 | 3040 Distributions - Dr. McLaren 3043 Personal | Empire checking 2730 | -800.00 | -88,800.00 |
| 10/15/2024 | Check | 1796 | Mark McLaren | | 3040 Distributions - Dr. McLaren 3043 Personal | Empire checking 2730 | -2,500.00 | -91,300.00 |
| 10/17/2024 | Check | | | 93 TRANSFER DEBIT PHONE TRANSFER TO XXXXXX4272 | 3040 Distributions - Dr. McLaren 3043 Personal | Empire checking 2730 | -6,000.00 | -97,300.00 |
| 10/22/2024 | Check | | | 81 TRANSFER DEBIT PHONE TRANSFER TO XXXXXX4272 | 3040 Distributions - Dr. McLaren 3043 Personal | Empire checking 2730 | -4,000.00 | -101,300.00 |
| 10/28/2024 | Check | 189 | Transfer | 189 TRANSFER DEBIT PHONE TRANSFER TO XXXXXX4272 | 3040 Distributions - Dr. McLaren 3043 Personal | Empire Money Market | -2,000.00 | -103,300.00 |
| 11/04/2024 | Check | 267 | Transfer | 267 TRANSFER DEBIT PHONE TRANSFER TO XXXXXX4272 | 3040 Distributions - Dr. McLaren 3043 Personal | Empire checking 2730 | -5,000.00 | -108,300.00 |
| 11/07/2024 | Check | 83 | Transfer | 83 TRANSFER DEBIT PHONE TRANSFER TO XXXXXX4272 | 3040 Distributions - Dr. McLaren 3043 Personal | Empire checking 2730 | -3,000.00 | -111,300.00 |
| 11/08/2024 | Check | 1804 | Mark McLaren | | 3040 Distributions - Dr. McLaren 3043 Personal | Empire checking 2730 | -3,000.00 | -114,300.00 |
| 11/12/2024 | Check | | | 161 TRANSFER DEBIT PHONE TRANSFER TO XXXXXX4272 | 3040 Distributions - Dr. McLaren 3043 Personal | Empire checking 2730 | -1,500.00 | -115,800.00 |
| 11/15/2024 | Check | 193 | Transfer | 193 TRANSFER DEBIT PHONE TRANSFER TO XXXXXX4272 | 3040 Distributions - Dr. McLaren 3043 Personal | Empire Money Market | -500.00 | -116,300.00 |
| 11/18/2024 | Check | 1907 | Mark McLaren | | 3040 Distributions - Dr. McLaren 3043 Personal | Empire checking 2730 | -2,000.00 | -118,300.00 |
| 11/22/2024 | Check | 115 | Transfer | 115 TRANSFER DEBIT PHONE TRANSFER TO XXXXXX4272 | 3040 Distributions - Dr. McLaren 3043 Personal | Empire checking 2730 | -4,000.00 | -122,300.00 |
| 11/26/2024 | Check | 101 | Transfer | 101 TRANSFER DEBIT PHONE TRANSFER TO XXXXXX4272 | 3040 Distributions - Dr. McLaren 3043 Personal | Empire checking 2730 | -500.00 | -122,800.00 |
| 11/27/2024 | Check | 1909 | Mark McLaren | | 3040 Distributions - Dr. McLaren 3043 Personal | Empire checking 2730 | -1,500.00 | -124,300.00 |
| 11/27/2024 | Check | 95 | Transfer | 95 TRANSFER DEBIT PHONE TRANSFER TO XXXXXX4272 | 3040 Distributions - Dr. McLaren 3043 Personal | Empire checking 2730 | -1,500.00 | -125,800.00 |
| 12/11/2024 | Check | | | 105 TRANSFER DEBIT PHONE TRANSFER TO XXXXXX4272 | 3040 Distributions - Dr. McLaren 3043 Personal | Empire checking 2730 | -5,500.00 | -131,300.00 |
| 12/13/2024 | Check | | | 117 TRANSFER DEBIT PHONE TRANSFER TO XXXXXX4272 | 3040 Distributions - Dr. McLaren 3043 Personal | Empire checking 2730 | -1,000.00 | -132,300.00 |
| 12/18/2024 | Check | 1823 | Mark McLaren | | 3040 Distributions - Dr. McLaren 3043 Personal | Empire checking 2730 | -2,500.00 | -134,900.00 |
| 12/18/2024 | Check | | | 99 TRANSFER DEBIT PHONE TRANSFER TO XXXXXX4272 | 3040 Distributions - Dr. McLaren 3043 Personal | Empire checking 2730 | -500.00 | -135,300.00 |
| 12/19/2024 | Check | 103 | Transfer | 103 TRANSFER DEBIT PHONE TRANSFER TO XXXXXX4272 | 3040 Distributions - Dr. McLaren 3043 Personal | Empire checking 2730 | -300.00 | -135,600.00 |
| 12/23/2024 | Check | 189 | Transfer | 189 TRANSFER DEBIT PHONE TRANSFER TO XXXXXX4272 | 3040 Distributions - Dr. McLaren 3043 Personal | Empire checking 2730 | -900.00 | -136,500.00 |
| 12/24/2024 | Check | 63 | Transfer | 63 TRANSFER DEBIT PHONE TRANSFER TO XXXXXX4272 | 3040 Distributions - Dr. McLaren 3043 Personal | Empire checking 2730 | -200.00 | -136,700.00 |
| 12/26/2024 | Check | 75 | Transfer | 75 TRANSFER DEBIT PHONE TRANSFER TO XXXXXX4272 | 3040 Distributions - Dr. McLaren 3043 Personal | Empire checking 2730 | -2,400.00 | -139,100.00 |
| 12/31/2024 | Check | 1824 | Mark McLaren | | 3040 Distributions - Dr. McLaren 3043 Personal | Empire checking 2730 | -900.00 | -140,000.00 |
| 12/31/2024 | Journal Entry | darpa-ng | | Reclass PY distributions in excess of basis | 3040 Distributions - Dr. McLaren 3043 Personal | | 288,738.70 | 148,858.70 |
| 01/10/2020 | Deposit | | | 202501.10-XXXXXXXXXXXX02099 09915 CREDIT (ANY TYPE) Deposit | 3040 Distributions - Dr. McLaren 3043 Personal | Empire checking 2730 | 5,000.00 | 153,858.70 |
| 01/16/2025 | Deposit | | | 202501.16-XXXXXXXXXXX021062012 CREDIT (ANY TYPE) Deposit | 3040 Distributions - Dr. McLaren 3043 Personal | Empire checking 2730 | 4,500.00 | 158,358.70 |
| 01/22/2025 | Check | | | 99 TRANSFER DEBIT PHONE TRANSFER TO XXXXXX4272 | 3040 Distributions - Dr. McLaren 3043 Personal | Empire checking 2730 | -1,500.00 | 156,858.70 |
| 01/29/2025 | Check | 71 | Transfer | 71 TRANSFER DEBIT PHONE TRANSFER TO XXXXXX4272 | 3040 Distributions - Dr. McLaren 3043 Personal | Empire checking 2730 | -800.00 | 156,058.70 |
| 01/31/2025 | Check | 1834 | Mark McLaren | | 3040 Distributions - Dr. McLaren 3043 Personal | Empire checking 2730 | -4,000.00 | 152,058.70 |
| 01/31/2025 | Check | 297 | Transfer | 297 TRANSFER DEBIT PHONE TRANSFER TO XXXXXX4272 | 3040 Distributions - Dr. McLaren 3043 Personal | Empire checking 2730 | -4,500.00 | 147,558.70 |
| 02/06/2025 | Check | | | 101 TRANSFER DEBIT PHONE TRANSFER TO XXXXXX4272 | 3040 Distributions - Dr. McLaren 3043 Personal | Empire checking 2730 | -2,000.00 | 145,558.70 |
| 02/10/2025 | Check | 1840 | Mark McLaren | | 3040 Distributions - Dr. McLaren 3043 Personal | Empire checking 2730 | -3,000.00 | 142,558.70 |
| 02/10/2025 | Expense | 143 | Transfer | 143 TRANSFER DEBIT PHONE TRANSFER TO XXXXXX4272 | 3040 Distributions - Dr. McLaren 3043 Personal | Empire checking 2730 | -4,000.00 | 138,558.70 |
| 02/14/2025 | Check | 1841 | Mark McLaren | | 3040 Distributions - Dr. McLaren 3043 Personal | Empire checking 2730 | -900.00 | 137,958.70 |
| 02/18/2025 | Check | 1842 | Mark McLaren | | 3040 Distributions - Dr. McLaren 3043 Personal | Empire checking 2730 | -1,975.00 | 135,983.70 |
| 02/20/2025 | Check | 89 | Transfer | 89 TRANSFER DEBIT PHONE TRANSFER TO XXXXXX4272 | 3040 Distributions - Dr. McLaren 3043 Personal | Empire checking 2730 | -500.00 | 135,483.70 |
| 02/21/2025 | Check | 1844 | Mark McLaren | | 3040 Distributions - Dr. McLaren 3043 Personal | Empire checking 2730 | -4,000.00 | 131,483.70 |
| 02/25/2025 | Check | 89 | Transfer | 89 TRANSFER DEBIT PHONE TRANSFER TO XXXXXX4272 | 3040 Distributions - Dr. McLaren 3043 Personal | Empire checking 2730 | -4,500.00 | 126,983.70 |
| 02/28/2025 | Check | 1847 | Mark McLaren | | 3040 Distributions - Dr. McLaren 3043 Personal | Empire checking 2730 | -800.00 | 126,183.70 |
| 03/03/2025 | Check | 1850 | Mark McLaren | | 3040 Distributions - Dr. McLaren 3043 Personal | Empire checking 2730 | -800.00 | 125,383.70 |
| 03/05/2025 | Check | 1851 | Mark McLaren | | 3040 Distributions - Dr. McLaren 3043 Personal | Empire checking 2730 | -1,200.00 | 124,383.70 |
| 03/06/2025 | Expense | 123 | Transfer | 123 TRANSFER DEBIT PHONE TRANSFER TO XXXXXX4272 | 3040 Distributions - Dr. McLaren 3043 Personal | Empire checking 2730 | -1,000.00 | 123,383.70 |
| 03/10/2025 | Check | 1852 | Mark McLaren | | 3040 Distributions - Dr. McLaren 3043 Personal | Empire checking 2730 | -13,000.00 | 110,383.70 |
| 03/10/2025 | Check | 1854 | Mark McLaren | | 3040 Distributions - Dr. McLaren 3043 Personal | Empire checking 2730 | -1,000.00 | 109,383.70 |
| 03/10/2025 | Check | | Transfer | 143 TRANSFER DEBIT PHONE TRANSFER TO XXXXXX4272 | 3040 Distributions - Dr. McLaren 3043 Personal | Empire checking 2730 | -7,000.00 | 102,383.70 |
| 03/10/2025 | Check | 1856 | Mark McLaren | | 3040 Distributions - Dr. McLaren 3043 Personal | Empire checking 2730 | -1,500.00 | 100,883.70 |
| 03/13/2025 | Check | | | 85 TRANSFER DEBIT PHONE TRANSFER TO XXXXXX4272 | 3040 Distributions - Dr. McLaren 3043 Personal | Empire checking 2730 | -6,000.00 | 94,883.70 |
| 03/14/2025 | Check | 1857 | Mark McLaren, DDS | | 3040 Distributions - Dr. McLaren 3043 Personal | Empire checking 2730 | -4,000.00 | 90,883.70 |
| 03/14/2025 | Expense | 105 | Transfer | 105 TRANSFER DEBIT PHONE TRANSFER TO XXXXXX4272 | 3040 Distributions - Dr. McLaren 3043 Personal | Empire checking 2730 | -2,800.00 | 88,083.70 |
| 03/21/2025 | Deposit | 114 | | 114 INCOMING INTERNAL MONEY TRANS PHONE TRANSFER FROM XXXXXX4272 | 3040 Distributions - Dr. McLaren 3043 Personal | Empire checking 2730 | 2,500.00 | 90,583.70 |
| 03/24/2025 | Check | | | 131 TRANSFER DEBIT PHONE TRANSFER TO XXXXXX4272 | 3040 Distributions - Dr. McLaren 3043 Personal | Empire checking 2730 | -2,000.00 | 88,583.70 |
| 03/25/2025 | Check | 1860 | Mark McLaren | | 3040 Distributions - Dr. McLaren 3043 Personal | Empire checking 2730 | -2,800.00 | 85,783.70 |
| 03/26/2025 | Expense | 75 | Transfer | 75 TRANSFER DEBIT PHONE TRANSFER TO XXXXXX4272 | 3040 Distributions - Dr. McLaren 3043 Personal | Empire checking 2730 | -1,500.00 | 84,283.70 |
| 04/01/2025 | Check | 1862 | Mark McLaren | | 3040 Distributions - Dr. McLaren 3043 Personal | Empire checking 2730 | -1,500.00 | 82,783.70 |
| 04/04/2025 | Check | 1866 | Mark McLaren | | 3040 Distributions - Dr. McLaren 3043 Personal | Empire checking 2730 | -500.00 | 82,283.70 |
| 04/07/2025 | Check | 1867 | Mark McLaren | | 3040 Distributions - Dr. McLaren 3043 Personal | Empire checking 2730 | -1,300.00 | 80,983.70 |
| 04/07/2025 | Check | 137 | Transfer | 137 TRANSFER DEBIT PHONE TRANSFER TO XXXXXX4272 | 3040 Distributions - Dr. McLaren 3043 Personal | Empire checking 2730 | -92.00 | 80,891.70 |
| 04/08/2025 | Deposit | | Mark McLaren | 20250408-XXXXXXXXXXX054600508 DEBIT REVERSAL Rev: Check | 3040 Distributions - Dr. McLaren 3043 Personal | Empire checking 2730 | 1,300.00 | 82,191.70 |
| 04/10/2025 | Check | | Transfer | CHECK#/XX CHECK PAID Check | 3040 Distributions - Dr. McLaren 3043 Personal | Empire checking 2730 | -1,300.00 | 80,891.70 |
| 04/17/2025 | Deposit | | | | 3040 Distributions - Dr. McLaren 3043 Personal | Empire checking 2730 | 3,000.00 | 81,891.70 |
| 04/17/2025 | Expense | | | CHECK | 3040 Distributions - Dr. McLaren 3043 Personal | Intrust checking | -5,400.00 | 76,491.70 |
| 04/18/2025 | Expense | | Transfer | TRANSFER FROM X0366 TO X0280 | 3040 Distributions - Dr. McLaren 3043 Personal | Intrust checking | -1,000.00 | 75,491.70 |
| 04/18/2025 | Expense | | Mark McLaren | CHECK | 3040 Distributions - Dr. McLaren 3043 Personal | Intrust checking | -500.00 | 74,991.70 |
| 04/21/2025 | Expense | | Transfer | TRANSFER FROM X0366 TO X0280 | 3040 Distributions - Dr. McLaren 3043 Personal | Intrust checking | -800.00 | 74,191.70 |
| 04/22/2025 | Expense | | Transfer | TRANSFER FROM X0366 TO X0280 | 3040 Distributions - Dr. McLaren 3043 Personal | Intrust checking | -600.00 | 73,591.70 |
| 04/22/2025 | Expense | | Transfer | CHECK - Cash | 3040 Distributions - Dr. McLaren 3043 Personal | Intrust checking | -3,000.00 | 70,591.70 |
| 04/23/2025 | Expense | | Transfer | TRANSFER FROM X0366 TO X0280 | 3040 Distributions - Dr. McLaren 3043 Personal | Intrust checking | -200.00 | 70,391.70 |
| 04/23/2025 | Expense | | Transfer | TRANSFER FROM X0366 TO X0280 | 3040 Distributions - Dr. McLaren 3043 Personal | Intrust checking | -300.00 | 70,091.70 |
| 04/25/2025 | Expense | | Transfer | TRANSFER FROM X0366 TO X0280 | 3040 Distributions - Dr. McLaren 3043 Personal | Intrust checking | -500.00 | 69,591.70 |
| 04/25/2025 | Expense | | Transfer | 20250425-XXXXXXXXXXX00103650 DEPOSITED ITEM RETURNED Chargeback | 3040 Distributions - Dr. McLaren 3043 Personal | Empire checking 2730 | -300.00 | 69,591.70 |
| 04/29/2025 | Expense | | Transfer | TRANSFER FROM X0366 TO X0280 | 3040 Distributions - Dr. McLaren 3043 Personal | Intrust checking | -300.00 | 69,291.70 |
| 04/29/2025 | Expense | | Transfer | TRANSFER FROM X0366 TO X0280 | 3040 Distributions - Dr. McLaren 3043 Personal | Intrust checking | -200.00 | 69,091.70 |
| 04/30/2025 | Expense | | Transfer | TRANSFER FROM X0366 TO X0280 | 3040 Distributions - Dr. McLaren 3043 Personal | Intrust checking | -250.00 | 65,841.70 |
| 05/01/2025 | Expense | | Transfer | TRANSFER FROM X0366 TO X0280 | 3040 Distributions - Dr. McLaren 3043 Personal | Intrust checking | -400.00 | 65,441.70 |
| 05/13/2025 | Expense | | Transfer | TRANSFER FROM X0366 TO X0280 | 3040 Distributions - Dr. McLaren 3043 Personal | Intrust checking | -1,500.00 | 63,941.70 |
| 05/27/2025 | Expense | | Transfer | TRANSFER FROM X0366 TO X0280 | 3040 Distributions - Dr. McLaren 3043 Personal | Intrust checking | -300.00 | 63,641.70 |
| 05/27/2025 | Expense | | Transfer | TRANSFER FROM X0366 TO X0280 | 3040 Distributions - Dr. McLaren 3043 Personal | Intrust checking | -200.00 | 63,441.70 |
| 06/03/2025 | Expense | | Transfer | TRANSFER FROM X0366 TO X0280 | 3040 Distributions - Dr. McLaren 3043 Personal | Intrust checking | -200.00 | 63,241.70 |
| 06/05/2025 | Expense | | Transfer | TRANSFER FROM X0366 TO X0280 | 3040 Distributions - Dr. McLaren 3043 Personal | Intrust checking | -2,000.00 | 61,241.70 |
| 06/09/2025 | Expense | | Transfer | TRANSFER FROM X0366 TO X0280 | 3040 Distributions - Dr. McLaren 3043 Personal | Intrust checking | -500.00 | 60,741.70 |
| 06/09/2025 | Expense | | Transfer | TRANSFER FROM X0366 TO X0280 | 3040 Distributions - Dr. McLaren 3043 Personal | Intrust checking | -900.00 | 59,841.70 |
| 06/09/2025 | Expense | | Transfer | TRANSFER FROM X0366 TO X0280 | 3040 Distributions - Dr. McLaren 3043 Personal | Intrust checking | -1,200.00 | 58,641.70 |
| 06/10/2025 | Expense | | Transfer | TRANSFER FROM X0366 TO X0280 | 3040 Distributions - Dr. McLaren 3043 Personal | Intrust checking | -700.00 | 57,941.70 |
| 06/11/2025 | Expense | | Transfer | TRANSFER FROM X0366 TO X0280 | 3040 Distributions - Dr. McLaren 3043 Personal | Intrust checking | -1,100.00 | 56,841.70 |
| 06/12/2025 | Expense | | Transfer | TRANSFER FROM X0366 TO X0280 | 3040 Distributions - Dr. McLaren 3043 Personal | Intrust checking | -600.00 | 56,241.70 |
| 06/13/2025 | Expense | | Transfer | TRANSFER FROM X0366 TO X0280 | 3040 Distributions - Dr. McLaren 3043 Personal | Intrust checking | -1,500.00 | 54,741.70 |
| 06/16/2025 | Expense | | Transfer | TRANSFER FROM X0366 TO X0280 | 3040 Distributions - Dr. McLaren 3043 Personal | Intrust checking | -600.00 | 54,141.70 |
| 06/18/2025 | Expense | | Transfer | TRANSFER FROM X0366 TO X0280 | 3040 Distributions - Dr. McLaren 3043 Personal | Intrust checking | -400.00 | 53,741.70 |
| 06/20/2025 | Expense | | Transfer | TRANSFER FROM X0366 TO X0280 | 3040 Distributions - Dr. McLaren 3043 Personal | Intrust checking | -4,000.00 | 49,741.70 |
| 06/27/2025 | Expense | | Transfer | TRANSFER FROM X0366 TO X0280 | 3040 Distributions - Dr. McLaren 3043 Personal | Intrust checking | -8,000.00 | 41,741.70 |
| 06/30/2025 | Expense | | Transfer | TRANSFER FROM X0366 TO X0280 | 3040 Distributions - Dr. McLaren 3043 Personal | Intrust checking | -2,000.00 | 39,741.70 |
| 06/30/2025 | Expense | | Transfer | TRANSFER FROM X0366 TO X0280 | 3040 Distributions - Dr. McLaren 3043 Personal | Intrust checking | -2,500.00 | 37,241.70 |
| | | | | | | | **$37,241.70** | |
| | | | | | | | **$37,241.70** | |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No

☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| _____ | EIN: __ __ – __ __ __ __ __ __ __ |

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No

☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| _____ | EIN: __ __ – __ __ __ __ __ __ __ |

---

**Part 14:** Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **07/28/2025**
       MM/ DD/ YYYY

**X** /s/ Mark J McLaren        Printed name      **Mark J McLaren**
Signature of individual signing on behalf of the debtor

Position or relationship to debtor     **President**

Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?

☑ No

☐ Yes

Fill in this information to identify the case:

Debtor name           **Joseph G. Baba, D.D.S., P.A.**

United States Bankruptcy Court for the:

          **District of Kansas**

Case number (if known): _____

☐ Check if this is an amended filing

## Official Form 204

# Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Emprise Bank<br>Attn Officer<br>257 N Broadway St<br>Wichita, KS 67202 | | | | $1,047,626.12 | $265,448.80 | $782,177.32 |
| 2 | Bankers Healthcare Group, LLC<br>Attn Officer or Agent<br>13910 S Brougham Drive<br>Olathe, KS 66062 | | | | | | $379,670.62 |
| 3 | Bankers Healthcare Group, LLC<br>Attn Officer or Agent<br>13910 S Brougham Drive<br>Olathe, KS 66062 | | | | | | $339,800.37 |
| 4 | FC Marketplace LLC<br>Attn Legal<br>707 17th St Ste 2200<br>Denver, CO 80202-3404 | | | | | | $276,573.00 |
| 5 | Kapitus LLC<br>2500 Wilson Blvd Ste 350<br>Arlington, VA 22201-3873 | | | | | | $135,645.00 |
| 6 | Forward Financing LLC<br>53 State St 20th Floor<br>Boston, MA 02109-2820 | | | | | | $127,279.00 |
| 7 | TIAA FSB<br>Po Box 1283<br>Charlotte, NC 28201-1283 | | Agreement | | $85,617.00 | $8,500.00 | $77,117.00 |
| 8 | Chase Card Services<br>Attn Bankruptcy<br>Po Box 15298<br>Wilmington, DE 19850-5298 | | Credit Card | | | | $54,172.00 |

Official Form 204      Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims      page 1

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 American Express PO Box 650448 Dallas, TX 75265-0448 | | | | | | $46,519.16 |
| 10 Emprise Bank Attn Officer 257 N Broadway St Wichita, KS 67202 | | | | | | $38,616.24 |
| 11 Apex Dental Lab 7863 La Mesa Blvd Ste 204 La Mesa, CA 91942 | | Business Goods | | | | $15,056.86 |
| 12 Diamond Orthotic Lab 7859 El Cajon Blvd La Mesa, CA 91942 | | Business Goods | | | | $11,243.00 |
| 13 Capital One Attn Bankruptcy Po Box 30285 Salt Lake Cty, UT 84130-0285 | | Credit Card | | | | $6,910.00 |
| 14 Triple O Lab PO Box 1419 Gainesville, TX 76240 | | Business Goods | | | | $6,037.00 |
| 15 Goetze Dental 3939 NE 33rd Terrace Kansas City, MO 64117 | | Business Goods | | | | $4,383.53 |
| 16 Icon 114 N Wabash Ave Wichita, KS 67209 | | Business Goods | | | | $1,689.69 |
| 17 Johns PO Box 9492 Terre Haute, IN 47808 | | Business Goods | | | | $1,614.95 |
| 18 Quest Diagnostics PO Box 772976 Chicago, IL 60677 | | Business Goods | | | | $1,055.00 |
| 19 Five Star Orthodontic Lab PO Box 888 Denton, TX 76202 | | Business Goods | | | | $621.50 |
| 20 T & S Therapy Centre International 7879 El Cajon Blvd La Mesa, CA 91942 | | Installment Agreement | | | | $400.00 |

# United States Bankruptcy Court
### District of Kansas

**In re**    Joseph G. Baba, D.D.S., P.A.

Case No. _____

**Debtor**                                Chapter _____**11**_____

### DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.    Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

     For legal services, I have agreed to accept .............................................................................    **$0.00**

     Prior to the filing of this statement I have received ................................................................    **$25,000.00**

     Balance Due ........................................................................................................................    **($25,000.00)**

2.    The source of the compensation paid to me was:

     ☑ Debtor           ☐ Other (specify)

3.    The source of compensation to be paid to me is:

     ☑ Debtor           ☐ Other (specify)

4.    ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

     ☐ I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5.    In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

     a.   Analysis of the debtor' s financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

     b.   Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

     c.   Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

     d.   The amount listed above is the retainer amount only. A portion of these funds were spent at or prior to filing on the attorney fees, credit report, and court filing fee. Fees are billed at $315/hr by January M. Bailey and are governed exclusively by the retainer agreement, which is available upon request by the UST, trustee, or the court. Hourly rates may increase annually consistent with rates charged to all clients of the Firm. Fee applications will be filed for all fees incurred during the case.

6.    By agreement with the debtor(s), the above-disclosed fee does not include the following services:

CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**07/28/2025**
_Date_

**/s/ January M Bailey**

January M Bailey
_Signature of Attorney_

Bar Number: 23926
Prelle Eron & Bailey, P.A.
301 N Main St Ste 2000
Wichita, KS 67202-4820
Phone: (316) 262-5500
Fax: (316) 262-5559

**Prelle Eron & Bailey, P.A.**
_Name of law firm_

Date: **07/28/2025**

**/s/ Mark J McLaren**

**Mark J McLaren**

IN RE: **Joseph G. Baba, D.D.S., P.A.**                                    CASE NO

                                                                         CHAPTER **11**


## VERIFICATION OF CREDITOR MATRIX


The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.


Date _____**07/28/2025**_____      Signature _____**/s/ Mark J McLaren**_____

                                                                Mark J McLaren, President

American Express
PO Box 650448
Dallas TX 752650448

Apex Dental Lab
7863 La Mesa Blvd Ste 204
La Mesa CA 91942

Bankers Healthcare Group LLC
10234 W State Road 84
Davie FL 333244202

Bankers Healthcare Group LLC

Bankers Healthcare Group LLC
Attn Officer or Agent
13910 S Brougham Drive
Olathe KS 66062

Capital One
Attn Bankruptcy
Po Box 30285
Salt Lake Cty UT 841300285

CCMR3
318 S Clinton St Ste 400 500
Syracuse NY 13202

Chase Card Services
Attn Bankruptcy
Po Box 15298
Wilmington DE 198505298

Christie Fink Inc
106 Gold Leaf Court
Canton GA 30114

Corporation Service Company
Po Box 2576
Springfield IL 627082576

CT Corporation System
Attn SPRS
330 N Brand Blvd Ste 700
Glendale CA 91203

Diamond Orthotic Lab
7859 El Cajon Blvd
La Mesa CA 91942

Dunning Associates CPAs LLC
567 W Douglas
Wichita KS 67213

Emprise Bank
Attn Officer
257 N Broadway St
Wichita KS 67202

FC Marketplace LLC
Attn Legal
707 17th St Ste 2200
Denver CO 802023404

FC Marketplace LLC
Attn Officer or Agent
1900 W Littleton Blvd
Littleton CO 801202023

FC Marketplace LLC
110 Se 6th St Ste 700
Ft Lauderdale FL 333015002

Five Star Orthodontic Lab
PO Box 888
Denton TX 76202

Forward Financing LLC
53 State St 20th Floor
Boston MA 021092820

Goetze Dental
3939 NE 33rd Terrace
Kansas City MO 64117

Icon
114 N Wabash Ave
Wichita KS 67209

Internal Revenue Service
PO Box 7346
Philadelphia PA 191017346

Johns
PO Box 9492
Terre Haute IN 47808

Joseph G Baba
12206 W Ridgepoint Street
Wichita KS 67235

Kansas Department of Labor
Attn Legal Services
401 SW Topeka Blvd
Topeka KS 666033182

Kansas Department of Revenue
Civil Tax Enforcement
PO Box 12005
Topeka KS 666013058

Kapitus LLC
2500 Wilson Blvd Ste 350
Arlington VA 222013873

Mark J McLaren
2747 N Bracken Ct
Wichita KS 67226

Mark McLaren DDS LLC
4620 E Douglas Ave
Wichita KS 672083900

Morris Laing Law Firm
Attn Karl Swartz
300 N Mead Ste 200
Wichita KS 67202

Quest Diagnostics
PO Box 772976
Chicago IL 60677

Soteria Technology Solutions
1815 E Central
Wichita KS 67214

T S Therapy Centre International
7879 El Cajon Blvd
La Mesa CA 91942

Terric Properties
4620 E Douglas Ste 100
Wichita KS 67208

TIAA FSB
Po Box 1283
Charlotte NC 282011283

Triple O Lab
PO Box 1419
Gainesville TX 76240

US Attorney Wichita
301 N Main
1200 Epic Center
Wichita KS 67202

Windsor Federal Savings and
Loan Assc
250 Broad Street
Windsor CT 06095

Fill in this information to identify the case:

Debtor name      **Joseph G. Baba, D.D.S., P.A.**

United States Bankruptcy Court for the:

     **District of Kansas**

Case number (if known): _____

☐ Check if this is an
amended filing

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

| | Declaration and signature |
|---|---|

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct.

☑   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☑   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑   *Schedule H: Codebtors* (Official Form 206H)

☑   *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206A-Summary)

☐   *Amended Schedule* _____

☑   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐   Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **07/28/2025**      **X**   **/s/ Mark J McLaren**
         MM/ DD/ YYYY          Signature of individual signing on behalf of debtor

                                           **Mark J McLaren**
                                           Printed name

                                           **President**
                                           Position or relationship to debtor