**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF KANSAS**

In Re: )
)
    JOSEPH G. BABA, D.D.S., P.A. ) Case No. 25-10771
) Chapter 11
                Debtor(s) )

### APPLICATION BY DEBTOR FOR THE ENGAGEMENT OF COUNSEL

COMES NOW, the Debtor, Joseph G. Baba, D.D.S., P.A., by and through counsel, Prelle Eron & Bailey, P.A., hereby apply to the Court for approval of the engagement of counsel for the Debtor. In support of the Application, the Debtor states:

1.  On  July 28, 2025 ("the Petition Date"), Debtor filed a Voluntary Petition for Relief under Chapter 11 of the Bankruptcy Code.

2.  Debtor is debtor-in-possession.  A Subchapter V trustee will be assigned in the case.

3.  Debtor desires to employ Prelle Eron & Bailey, P.A., as counsel in the Chapter 11 case.

4.  The attorneys at Prelle Eron & Bailey, P.A. have substantial experience in Chapter 11 cases, are familiar with the business and financial affairs of Debtor, and are qualified to represent Debtor in this case.

5.  The professional services rendered to Debtor by the attorneys and the staff of Prelle Eron & Bailey, P.A. include, primarily, the following:

    a)  Advising Debtor of the rights, powers and duties as Debtor and Debtor-in-Possession, including those with respect to the operation and management of the business;

    b)  Advising Debtor concerning and assisting in the negotiation and documentation of financing agreements, cash collateral orders, and related transactions;

    c)  Investigating into the nature and validity of liens asserted against the Debtor, and advising Debtor concerning the enforceability of said liens;

    d)  Investigating and advising Debtor concerning and taking such action as may be

necessary to collect income and assets in accordance with applicable law, and recover property for the benefit of the estates;

e) Preparing on behalf of Debtor such applications, motions, pleadings, orders, notices, schedules and other documents as may be necessary and appropriate, and reviewing the financial and other reports to be filed herein;

f) Advising Debtor concerning and preparing responses to applications, motions, pleadings, notices and other documents which may be filed and served herein;

g) Counseling Debtor in connection with the formulation, negotiation and promulgation of Chapter 11 plan or plans and related documents; and,

h) Performing such other legal services for and on behalf of Debtor as may be necessary or appropriate in the administration of the cases.

6. Debtor require counsel knowledgeable with respect to insolvency and reorganization law to render the above-described essential and professional services, and believe that the employment of Prelle Eron & Bailey, P.A. would be in the best interest of Debtor and the estate.

7. The hourly rates for the attorney are currently $450.00 per hour for Mr. David Prelle Eron and $315.00 per hour for Ms. January Bailey. Laura Prelle's current hourly rate is $140.00 per hour. Paralegal and Legal Assistant hourly rates are $115.00 per hour. Prelle Eron & Bailey, P.A. will keep detailed records of all fees and expenses incurred in connection with the rendering of the aforementioned legal services for which it may seek reimbursement. The hourly rates may increase annually consistent with rates charged to all clients of the firm.

8. To the best of Debtor's knowledge, information and belief, the attorneys at Prelle Eron & Bailey, P.A. have no connection with the creditors of the Debtor or with any other party in interest herein, its attorneys or accountants, except as otherwise disclosed in the attached Declaration. The attached Declaration does state that the firm uses the same accounting firm,

Dunning & Associates CPAs LLC, as the Debtor. Debtor further states that the attorneys at Prelle Eron & Bailey, P.A. have no relationship with them other than in connection with these cases. The Debtor submits that the employment of Prelle Eron & Bailey, P.A. would be in the best interest of Debtor and the estate.

9. A Declaration executed by the attorneys in accordance with the provisions of Section 327 of the Bankruptcy Code and Fed. R. Bankr. Proc. 2014 is attached hereto, and incorporated herein by reference. To Debtor's knowledge, information and belief, the matters set forth in this Application are based and made in reliance upon said Declaration.

10. Prelle Eron & Bailey, P.A. was originally retaining funds in its trust account for the purpose of a fee and cost retainer in the amount of $25,000.00. Prelle Eron & Bailey, P.A. has earned and been paid a portion of these funds for work through and including the date of filing. Additionally, $1,738.00 was used for filing fees herein.

WHEREFORE, Debtor requests the entry of an Order authorizing the employment of Prelle Eron & Bailey, P.A., as its counsel in this case, effective on July 28, 2025; that copies of all notices, pleadings and other documents filed in these cases or in any adversary proceedings be served upon Prelle Eron & Bailey, P.A. as counsel for the Debtor, at the address set forth below; and for such other relief as the Court deems just and equitable.

Respectfully Submitted:
PRELLE ERON & BAILEY, P.A.
Attorney for Debtor

　　s/ *January M Bailey*
January M Bailey, #23926
301 N Main St Ste 2000
Wichita, KS 67202-4820
T: (316) 262-5500
F: (316) 262-5559
january@eronlaw.net

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF KANSAS

In Re:                    )

       JOSEPH G. BABA, D.D.S., P.A.     )      Case No.

                                      )      Chapter      11

                Debtor(s)           )

## DECLARATION

WE, DAVID PRELLE ERON and JANUARY M. BAILEY, of lawful age, do declare under penalty of perjury:

1.  We are attorneys and Partners of Prelle Eron & Bailey, P.A., mentioned in the foregoing Motion.

2.  We as a firm and as individuals are disinterested parties in these matters.

3.  Neither of us nor any attorney or member of this firm hold or represent an interest adverse to the estates.  We conducted a conflicts check in our client and adverse party database prior to filing the employment application in this case to ensure that no conflicts were present.

4.  The Debtor uses Dunning & Associates CPAs LLC for its bookkeeping and accounting services.  Our Firm also using Dunning & Associates CPAs LLC for our tax preparation services.  We believe this does not represent a conflict of interest and neither the Debtor nor our Firm have an outstanding balance with Dunning & Associates CPAs LLC.

5.  Other than the disclosure listed in the preceding paragraph, neither of us nor any attorney or members of this firm have any connections with the debtors, creditors, any party in interest, their respective attorneys and accountants, the U.S. Trustee, or any person employed in the office of the U.S. Trustee.

6.  We understand there is a continuing duty to disclose any adverse interest and change of disinterestedness.

7.  No agreement or understanding exists between us or any other person for any division or sharing of compensation which is prohibited by statute.


  */s/ David Prelle Eron*                          */s/ January M. Bailey*
  DAVID PRELLE ERON                       JANUARY M. BAILEY