# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF KANSAS

In Re: )
)
JOSEPH G. BABA, D.D.S., P.A. ) Case No.  25-10771
) Chapter  11
Debtor(s) )

## APPLICATION BY DEBTOR FOR THE AUTHORITY TO EMPLOY DUNNING & ASSOCIATES CPAS LLC AS ACCOUNTANT

COMES NOW, the Debtor, Joseph G. Baba, D.D.S., P.A., by and through counsel, Prelle Eron & Bailey, P.A., hereby apply to the Court for approval of the engagement of accountant for the Debtor. In support of the Application, the Debtor states:

1. On July 28, 2025 ("the Petition Date"), Debtor filed a Voluntary Petition for Relief under Chapter 11 of the Bankruptcy Code.

2. Debtor is debtor-in-possession.  Robin Messerli  has been appointed as Chapter 11 Trustee in this case.

3. Debtor desires to employ Dunning & Associates CPAs LLC ("Dunning") having an office at 567 West Douglas, Wichita, Kansas, 67213, as accountant.

4. The professional services rendered to Debtor includes the preparation and filing of the tax returns and bi-weekly payroll, monthly bank and creditor reconciliations, sales tax filings, and other general accounting assistance.  The parties anticipate that Dunning will also prepare the monthly operating reports for Debtor.

5. Dunning has expertise as Accountants and are a respected firm in Wichita.  Nicole Gugle, who oversees the Debtor's account, has been a Certified Public Accountant since 2015.

6. Disclosed in the attached Declaration by Nicole Gugle is that Dunning represents Prelle Eron & Bailey, P.A. (Debtor's counsel) for the yearly preparation of tax returns. Additionally, the Debtor's current shareholder, Mark McLaren, and former shareholder, Joseph Baba, also use Dunning for the preparation of yearly tax returns.

7. The Debtor and Dunning do not believe that the representation of other parties for tax return preparation represents a conflict of interest nor that it negates Dunning's disinterestedness in the bankruptcy estate.

8. The appointment of Dunning to perform accounting duties for the estate in Bankruptcy is not prohibited by law or any other legal impediment.

9. Dunning shall receive fees based on the time spent on Debtor's accounting services. The contracted monthly rate for 2025 is $985.00 per month (through December 31, 2025). This fee is typically paid on or around the 10th of the month for services provided in the previous month.

10. No retainer or other prepaid compensation has been paid and the compensation agreed to be paid shall be paid in the form of compensation as approved by the U.S. Bankruptcy Court.

WHEREFORE, Debtor requests the entry of an Order authorizing it to employ Dunning & Associates CPAs LLC, as accountant as herein described, and for such other relief as the Court deems just and equitable.

Respectfully Submitted:
PRELLE ERON & BAILEY, P.A.
Attorney for Debtor

s/ *January M Bailey*
January M Bailey, #23926
301 N Main St Ste 2000
Wichita, KS 67202-4820
T: (316) 262-5500
F: (316) 262-5559
january@eronlaw.net

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF KANSAS

In Re:

JOSEPH G. BABA, D.D.S., P.A.

Debtor(s)

)
)
)
)
)

Case No.      25-10771
Chapter       11

## DECLARATION OF NICOLE GUGLE

I, NICOLE GUGLE, of lawful age, do declare under penalty of perjury:

1. I am a Certified Public Accountant at Dunning & Associates CPAs LLC ("Dunning"), doing business in the State of Kansas, having an office at 567 West Douglas Avenue, Wichita, Kansas, 67213.

2. To the best of my knowledge, no agreement or understanding exists between Dunning or any other person for any division or sharing of compensation which is prohibited by statute.

3. I believe that Dunning is a disinterested party in this case.

4. Dunning does represent Prelle Eron & Bailey, P.A. for preparation of tax returns. Dunning been employed by the shareholder, Mark McLaren, and former shareholder, Joseph Baba, for the same purpose. However, such representation has no influence upon the services included in the employment by Debtor.

5. I understand there is a continuing duty to disclose any adverse interest and change of disinterestedness.

_____
NICOLE GUGLE