# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF KANSAS

In Re:          )
             )
  JOSEPH G. BABA, D.D.S., P.A.  )  Case No.  25-10771
             )  Chapter   11
       Debtor(s)   )

## NOTICE OF HEARING WITH OBJECTION DEADLINE

YOU ARE HEREBY NOTIFIED that if no objection to the **Application by Debtor for the Authority to Employ Dunning & Associates CPAs LLC as Accountant** is filed in writing with the Clerk of the United States Bankruptcy Court within twenty-one (21) days of the date of this Notice, on or before **August 20, 2025**, said Motion will be confirmed by entry of an order.

If a written objection is timely filed with the Clerk of the United States Bankruptcy Court for the District of Kansas, a hearing will be scheduled for Thursday, September 11, 2025, at 10:30 AM in Courtroom 150 (401 N Market, Wichita, KS).

Respectfully Submitted:
PRELLE ERON & BAILEY, P.A.
Attorney for Debtor(s)

  s/ *January M Bailey*
January M Bailey, #23926
301 N Main St Ste 2000
Wichita, KS 67202-4820
T: (316) 262-5500
F: (316) 262-5559
january@eronlaw.net

## CERTIFICATE OF SERVICE

I hereby certify that on July 30, 2025, a true and correct copy of the afore-stated Motion and Notice of Objection Deadline was electronically filed with the Court using the CM/ECF system, which sent notification to all parties of interest participating in the CM/ECF system.

Further, I certify that copies of the same were forwarded on this same day via US Mail, first class and postage prepaid, to parties listed on the attached matrix.

By:  *s/ January M. Bailey*
    January M. Bailey

Internal Revenue Service
Attn Insolvency/Advisory
2850 NE Independence Ave
Stop 5334 LSM
Lee Summit, MO 64064-2327

U.S. Attorney Office
1200 Epic Center
301 N. Main
Wichita, KS 67202-4800

American Express
PO Box 650448
Dallas TX 752650448

Apex Dental Lab
7863 La Mesa Blvd Ste 204
La Mesa CA 91942-6708

(p)BANKERS HEALTHCARE GROUP LLC
ATTN BANKRUPTCY DEPT
201 SOLAR STREET
SYRACUSE NY 13204-1425

Bankers Healthcare Group LLC
Attn Officer or Agent
13910 S Brougham Drive
Olathe KS 66062-2073

(p)CCMR3
318 S CLINTON ST
SUITE 400
SYRACUSE NY 13202-1127

CT Corporation System
Attn SPRS
330 N Brand Blvd Ste 700
Glendale CA 91203-2336

Capital One
Attn Bankruptcy
Po Box 30285
Salt Lake Cty UT 841300285

Chase Card Services
Attn Bankruptcy
Po Box 15298
Wilmington DE 198505298

Christie Fink Inc
106 Gold Leaf Court
Canton GA 30114-9719

Corporation Service Company
Po Box 2576
Springfield IL 627082576

Diamond Orthotic Lab
7859 El Cajon Blvd
La Mesa CA 91942-0602

Dunning  Associates CPAs LLC
567 W Douglas
Wichita KS 67213-4701

Emprise Bank
Attn Officer
257 N Broadway St
Wichita KS 67202-2315

FC Marketplace LLC
110 Se 6th St Ste 700
Ft Lauderdale FL 333015002

FC Marketplace LLC
Attn Legal
707 17th St Ste 2200
Denver CO 802023404

FC Marketplace LLC
Attn Officer or Agent
1900 W Littleton Blvd
Littleton CO 801202023

Five Star Orthodontic Lab
PO Box 888
Denton TX 76202-0888

Forward Financing LLC
53 State St 20th Floor
Boston MA 021092820

Goetze Dental
3939 NE 33rd Terrace
Kansas City MO 64117-2653

Icon
114 N Wabash Ave
Wichita KS 67214-3944

Internal Revenue Service
PO Box 7346
Philadelphia PA 191017346

Johns
PO Box 9492
Terre Haute IN 47808-9492

Joseph G Baba
12206 W Ridgepoint Street
Wichita KS 67235-9742

Kansas Department of Labor
Attn Legal Services
401 SW Topeka Blvd
Topeka KS 666033182

Kansas Department of Revenue
Civil Tax Enforcement
PO Box 12005
Topeka KS 666013058

Kapitus LLC
2500 Wilson Blvd Ste 350
Arlington VA 222013873

Quest Diagnostics
PO Box 772976
Chicago IL 60677-0276

Soteria Technology Solutions
1815 E Central
Wichita KS 67214-4348

T & S Therapy Centre International
7879 El Cajon Blvd
La Mesa CA 91942-0623

TIAA FSB
Po Box 1283
Charlotte NC 282011283

Terric Properties
4620 E Douglas Ste 100
Wichita KS 67208-3955

Triple O Lab
PO Box 1419
Gainesville TX 76241-1419

(p)OFFICE OF UNITED STATES ATTORNEY
1200 EPIC CENTER
301 N MAIN
WICHITA KS 67202-4800

Windsor Federal Savings and Loan Assc
250 Broad Street
Windsor CT 06095-2937