**SO ORDERED.**

**SIGNED this 27th day of August, 2025.**



_____
Mitchell L. Herren
United States Bankruptcy Judge

_____

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF KANSAS

| In Re: | ) | | |
|---|---|---|---|
| | ) | | |
| JOSEPH G. BABA, D.D.S., P.A. | ) | Case No. | 25-10771 |
| | ) | Chapter | 11 |
| | ) | | |
| Debtor(s) | ) | | |

### ORDER GRANTING APPLICATION FOR THE ENGAGEMENT OF COUNSEL

This matter comes before the Court on request by Debtor for approval of the engagement of counsel. The Debtor appears by and through its attorney, January M Bailey. The Application was properly noticed with an objection deadline of August 20, 2025; no objections were filed. Based upon the Application and the record herein, the Court orders that:

1. The Application by Debtor for the Engagement of Counsel pursuant to 11 U.S.C. § 327 should be and hereby is GRANTED; and

2. The Court finds that Prelle Eron & Bailey, P.A. is hereby approved to act as general Chapter 11 counsel in the Debtor's Chapter 11 case.

### IT IS SO ORDERED.

### # # #

Respectfully Submitted:

PRELLE ERON & BAILEY, P.A.
Attorney for Debtor


    s/ *January M Bailey*
January M Bailey, #23926
301 N Main St Ste 2000
Wichita, KS 67202-4820
T: (316) 262-5500
F: (316) 262-5559
january@eronlaw.net