**SO ORDERED.**

**SIGNED this 27th day of August, 2025.**



_____Mitchell L. Herren_____
Mitchell L. Herren
United States Bankruptcy Judge

---

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF KANSAS

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | |
| JOSEPH G. BABA, D.D.S., P.A. | ) | Case No.    25-10771 |
| | ) | Chapter    11 |
| | ) | |
| Debtor(s) | ) | |

### ORDER GRANTING APPLICATION TO EMPLOY DUNNING & ASSOCIATES CPAS LLC AS ACCOUNTANT

This matter comes before the Court on request by Debtor for approval of the engagement accountant.  The Debtor appears by and through its attorney, January M Bailey.  The Application was properly noticed with an objection deadline of August 20, 2025; no objections were filed. Based upon the Application and the record herein, the Court orders that:

1.  The Application by Debtors for the Engagement of Accountant pursuant to 11 U.S.C. § 327 should be and hereby is GRANTED; and

2.  The Court finds that DUNNING & ASSOCIATES CPAS LLC is hereby approved to act as accountant for the Debtor.

**IT IS SO ORDERED.**

# # #

Respectfully Submitted:

PRELLE ERON & BAILEY, P.A.
Attorney for Debtors

___s/ *January M Bailey*
January M Bailey, #23926
301 N Main St Ste 2000
Wichita, KS 67202-4820
T: (316) 262-5500
F: (316) 262-5559
january@eronlaw.net

# Notice Recipients

District/Off: 1083–6          User: admin          Date Created: 8/28/2025

Case: 25–10771          Form ID: pdf020          Total: 3

**Recipients of Notice of Electronic Filing:**

| | | |
|---|---|---|
| ust | U.S. Trustee | ustpregion20.wi.ecf@usdoj.gov |
| tr | Robbin L Messerli | rob.messerli@gunrockvp.com |
| aty | January M Bailey | january@eronlaw.net |

TOTAL: 3