**SO ORDERED.**

**SIGNED this 27th day of August, 2025.**



_____
Mitchell L. Herren
United States Bankruptcy Judge

_____

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF KANSAS

In Re:                                    )
                                          )
   JOSEPH G. BABA, D.D.S., P.A.          )          Case No.      25-10771
                                          )          Chapter       11
                                          )
_____         )
               Debtor(s)          )

### ORDER GRANTING APPLICATION FOR THE ENGAGEMENT OF COUNSEL

This matter comes before the Court on request by Debtor for approval of the engagement of counsel. The Debtor appears by and through its attorney, January M Bailey. The Application was properly noticed with an objection deadline of August 20, 2025; no objections were filed. Based upon the Application and the record herein, the Court orders that:

1. The Application by Debtor for the Engagement of Counsel pursuant to 11 U.S.C. § 327 should be and hereby is GRANTED; and

2. The Court finds that Prelle Eron & Bailey, P.A. is hereby approved to act as general Chapter 11 counsel in the Debtor's Chapter 11 case.

**IT IS SO ORDERED.**

# # #

United States Bankruptcy Court for the District of Kansas
Joseph G. Baba, D.D.S., P.A. 25-10771
Order Granting App to Employ
August 27, 2025
Page 2

Respectfully Submitted:

PRELLE ERON & BAILEY, P.A.
Attorney for Debtor


    s/ *January M Bailey*
January M Bailey, #23926
301 N Main St Ste 2000
Wichita, KS 67202-4820
T: (316) 262-5500
F: (316) 262-5559
january@eronlaw.net

Case 25-10771    Doc# 58    Filed 08/30/25    Page 2 of 4

United States Bankruptcy Court

District of Kansas

In re:

Joseph G. Baba, D.D.S., P.A.
    Debtor

Case No. 25-10771-MLH

Chapter 11

# CERTIFICATE OF NOTICE

District/off: 1083-6      User: admin      Page 1 of 2

Date Rcvd: Aug 28, 2025      Form ID: pdf020      Total Noticed: 1

The following symbols are used throughout this certificate:

**Symbol**      **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 30, 2025:**

NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**

Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| db | + Email/PDF: drmarkmclaren@gmail.com | Aug 28 2025 20:48:00 | Joseph G. Baba, D.D.S., P.A., 4620 E Douglas Suite 102, Wichita, KS 67208-3957 |

TOTAL: 1

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 30, 2025      Signature:      /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 28, 2025 at the address(es) listed below:**

**Name**      **Email Address**

January M Bailey
     on behalf of Debtor Joseph G. Baba  D.D.S., P.A. january@eronlaw.net, january@ecf.courtdrive.com

John Nemecek
     on behalf of U.S. Trustee U.S. Trustee john.nemecek@usdoj.gov

Jordan M Sickman
     on behalf of U.S. Trustee U.S. Trustee jordan.sickman@usdoj.gov

Karl R. Swartz
     on behalf of Creditor Emprise Bank kswartz@morrislaing.com

Richard A Kear
     on behalf of U.S. Trustee U.S. Trustee richard.kear@usdoj.gov

Robbin L Messerli

rob.messerli@gunrockvp.com

Ryan A Blay

on behalf of Stockholder Mark Jason McLaren blay@wagonergroup.com
bankruptcy@wagonergroup.com;blayrr52985@notify.bestcase.com;wmlecf@gmail.com

U.S. Trustee

ustpregion20.wi.ecf@usdoj.gov

TOTAL: 8